**Exhibit A**

**(Corporate Organizational Structure)**

ACTIVE 704896970

**Air Pros Solutions Holdings, LLC**
*(Delaware LLC)*

Member(s):
- Capital Finance Opportunities 1901C, LLC (9.74%)
- C.M. Heating Inc. (3.40%)
- West Georgia Indoor Comfort, LLC (0.88%)
- C&P Hansen Heating and Cooling, Inc. (8.50%)
- AKAA Family, LLLP (75.19%)
- Doug's Service Company (1.07%)
- Robert Daniel Blalock (0.73%)
- Dream Team Services, LLC (0.26%)
- Universal Restoration, Inc. (0.23%)

Manager(s): Lawrence Hirsh

---

**Air Pros Solutions, LLC**
*(Delaware LLC)*

Member(s):  Air Pros Solutions Holdings, LLC
Manager(s):  Lawrence Hirsh

---

**Air Pros  Colorado LLC**
*(Colorado LLC)*

Member(s):  Air Pros Solutions, LLC
Manager(s): Member-Managed

---

**CM Air Pros, LLC**
*(Delaware LLC)*

Member(s): Air Pros Solutions, LLC
Manager(s): Member-Managed

---

**Air Pros One  Source LLC**
*(Colorado LLC)*

Member(s): Air Pros Solutions, LLC
Manager(s): Member-Managed

---

**Air Pros Blue Star, LLC**
*(Florida LLC)*

Member(s): Air Pros Solutions, LLC
Manager(s): Member-Managed

---

**Air Pros Atlanta LLC**
*(Georgia LLC)*

Member(s): Air Pros Solutions, LLC
Manager(s): Member-Managed

---

**AFH Air Pros, LLC**
*(Delaware LLC)*

Member(s): Air Pros Solutions, LLC
Manager(s): Member-Managed

---

**East Coast Mechanical, LLC**
*(Florida LLC)*

Member(s): Air Pros Solutions, LLC
Manager(s): Member-Managed

---

**Air Pros Boca LLC**
*(Delaware LLC)*

Member(s): Air Pros Solutions, LLC
Manager(s): Member-Managed

---

**Air Pros, LLC**
*(Florida LLC)*

Member(s):  Air Pros Solutions, LLC
Manager(s): Member-Managed

.1%

**Air Pros  Washington, LLP**
*(Washington LLP)*

Partner(s):
- Air Pros Solutions, LLC  (99.9%)
- Air Pros, LLC (0.1%)

Administrative Partner:  Air Pros Solutions, LLC

99.9%

---

**Air Pros West LLC**
*(Florida LLC)*

Member(s): Air Pros Solutions, LLC
Manager(s): Air Pros Solutions, LLC

---

**Dallas Plumbing Air Pros, LLC**
*(Delaware LLC)*

Member(s): Air Pros Solutions, LLC
Manager(s): Member-Managed

---

**Air Pros Dallas L.L.C.**
*(Texas LLC)*

Member(s): Air Pros Solutions, LLC
Manager(s): Member-Managed

---

**Air Pros Texas LLC**
*(Texas LLC)*

Member(s): Air Pros Solutions, LLC
Manager(s):  Air Pros Solutions, LLC

---

**Dream Team Air Pros, LLC**
*(Delaware LLC)*

Member(s): Air Pros Solutions, LLC
Manager(s): Member-Managed

---

**Mauzy Air Pros, LLC**
*(Delaware LLC)*

Member(s): Air Pros Solutions, LLC
Manager(s): Member-Managed

---

**Doug's Service Air Pros, LLC**
*(Delaware LLC)*

Member(s): Air Pros Solutions, LLC
Manager(s): Member-Managed

---

**Hansen Air Pros, LLC**
*(Delaware LLC)*

Member(s): Air Pros Solutions, LLC
Manager(s): Member-Managed