## **Exhibit A**

**Initial Approved Budget**

(see attached)

**Air Pros**
13 Week Cash Flow
*($ in USD 000s)*

| | Forecast 1 3/21/25 | Forecast 2 3/28/25 | Forecast 3 4/4/25 | Forecast 4 4/11/25 | Forecast 5 4/18/25 | Forecast 6 4/25/25 | Forecast 7 5/2/25 | Forecast 8 5/9/25 | Forecast 9 5/16/25 | Forecast 10 5/23/25 | Forecast 11 5/30/25 | Forecast 12 6/6/25 | Forecast 13 6/13/25 | Forecast 13 Week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Receipts** | | | | | | | | | | | | | | |
| Collections | 2,482 | 2,482 | 2,787 | 2,787 | 2,787 | 2,987 | 2,797 | 2,797 | 2,797 | 2,797 | 2,797 | 765 | - | 31,062 |
| **Operating Disbursments** | | | | | | | | | | | | | | |
| Materials | (412) | (618) | (631) | (631) | (631) | (631) | (631) | (631) | (631) | (631) | (631) | (293) | - | (7,002) |
| Payroll | (764) | (1,262) | (770) | (1,279) | (758) | (1,270) | (758) | (1,269) | (713) | (1,229) | (674) | (460) | - | (11,208) |
| Marketing | (423) | (71) | (257) | (227) | (418) | (75) | (253) | (221) | (253) | (198) | (53) | (73) | (111) | (2,634) |
| Insurance | - | - | - | 1 | (252) | (176) | - | 4 | (728) | (10) | (297) | - | - | (1,459) |
| Other | (508) | (848) | (365) | (400) | (350) | (978) | (350) | (365) | (418) | (698) | (543) | (939) | (13) | (6,775) |
| **Total Operating Disbursments** | (2,107) | (2,799) | (2,023) | (2,537) | (2,410) | (3,130) | (1,992) | (2,482) | (2,743) | (2,766) | (2,199) | (1,766) | (124) | (29,078) |
| **Operating Cash Flow** | 376 | (316) | 764 | 250 | 377 | (143) | 805 | 315 | 54 | 31 | 598 | (1,001) | (124) | 1,984 |
| **Financing and Non-Op.** | | | | | | | | | | | | | | |
| **Non-Operating Disbursements** | (10) | (10) | (64) | (89) | (5) | (5) | (64) | (89) | (5) | (5) | 495 | (4) | - | 143 |
| **Restructuring Adjustments** | | | | | | | | | | | | | | |
| Restructuring Items | (160) | (224) | (195) | (280) | (2,021) | (502) | (287) | (288) | (2,968) | (250) | (255) | (285) | (2,859) | (10,573) |
| Sale Proceeds | - | - | - | - | - | - | - | - | - | - | - | 154,000 | - | 154,000 |
| Distribution to Secured Creditor | - | - | - | - | - | - | - | - | - | - | - | (123,000) | - | (123,000) |
| Financing | - | - | (58) | - | - | - | (165) | - | - | - | - | (541) | - | (764) |
| **Total Restructuring Adjustments** | (160) | (224) | (254) | (280) | (2,021) | (502) | (451) | (288) | (2,968) | (250) | (255) | 30,174 | (2,859) | 19,662 |
| **Net Cash Flow** | 205 | (551) | 446 | (119) | (1,650) | (650) | 290 | (62) | (2,919) | (224) | 838 | 29,169 | (2,983) | 21,790 |
| Beginning Cash Balance-Bank | 448 | 2,653 | 2,102 | 2,548 | 2,429 | 2,779 | 2,129 | 2,420 | 2,358 | 1,439 | 1,214 | 2,052 | 14,921 | 448 |
| Net Cash Flow | 205 | (551) | 446 | (119) | (1,650) | (650) | 290 | (62) | (2,919) | (224) | 838 | 29,169 | (2,983) | 21,790 |
| DIP Funding / (Repayment) | 2,000 | - | - | - | 2,000 | - | - | - | 2,000 | - | - | (16,300) | - | (10,300) |
| **Ending Cash Balance-Bank** | 2,653 | 2,102 | 2,548 | 2,429 | 2,779 | 2,129 | 2,420 | 2,358 | 1,439 | 1,214 | 2,052 | 14,921 | 11,938 | 11,938 |
| **Total Operating Cash Reserves** | (2,148) | (1,809) | (2,318) | (1,797) | (2,308) | (1,797) | (2,308) | (1,751) | (1,382) | (827) | (613) | (153) | (255) | (255) |
| **Ending Op. Cash Balance-Book** | 505 | 293 | 230 | 632 | 471 | 332 | 112 | 607 | 57 | 387 | 1,439 | 14,768 | 11,683 | 11,683 |
| **DIP Principal Beginning Balance** | - | 6,300 | 6,300 | 6,300 | 6,300 | 14,300 | 14,300 | 14,300 | 14,300 | 16,300 | 16,300 | 16,300 | - | - |
| + PIK DIP Underwriting Fee | 300 | - | - | - | - | - | - | - | - | - | - | - | - | 300 |
| + Principal Draw | 2,000 | - | - | - | 2,000 | - | - | - | 2,000 | - | - | - | - | 6,000 |
| + Principal Roll Up | 4,000 | - | - | - | 6,000 | - | - | - | - | - | - | - | - | 10,000 |
| - DIP Paydown | - | - | - | - | - | - | - | - | - | - | - | (16,300) | - | (16,300) |
| **DIP Principal Ending Balance** | 6,300 | 6,300 | 6,300 | 6,300 | 14,300 | 14,300 | 14,300 | 14,300 | 16,300 | 16,300 | 16,300 | - | - | - |