## Exhibit C

## Milestones

In the case of each of the following Milestones, the terms and conditions, and all relevant documentation, including, for the avoidance of doubt, any asset purchase agreement or order approving the sale of the Debtors' assets under section 363 of the Bankruptcy Code, shall be in a form and substance acceptable to the Required DIP Lenders and the Required Prepetition Lenders.

| Date | Milestone |
|---|---|
| March 16, 2025 | ▪ The Debtors shall have filed voluntary chapter 11 petitions. |
| March 18, 2025 | ▪ The Debtors shall have filed a motion to approve the DIP Facility and use of cash collateral.<br>▪ The Debtors shall have filed a motion to approve the bidding procedures and stalking horse purchase agreements. |
| March 19, 2025 | ▪ An interim order approving the DIP Facility and use of cash collateral shall have been entered. |
| April 9, 2025 | ▪ The Debtors shall have filed a motion to approve solicitation procedures concurrently with a proposed plan and a proposed disclosure statement. |
| April 16, 2025 | ▪ A final order approving the DIP Facility and use of cash collateral shall have been entered.<br>▪ An order approving the bidding procedures and entry into the stalking horse asset purchase agreements shall have been entered. |
| May 12, 2025 | ▪ One or more auctions for the sale of all or substantially all of the Debtors' assets shall have occurred (if necessary). |
| May 19, 2025 | ▪ One or more orders for the sale of all or substantially all of the Debtors' assets shall have been entered. |
| May 20, 2025 | ▪ An order approving the disclosure statement and solicitation procedures shall have been entered. |
| June 16, 2025 | ▪ One or more sales for all or substantially all of the Debtors' assets shall have closed and the proceeds used to repay the DIP Obligations and Prepetition Obligations.<br>▪ The DIP Obligations shall have been paid in full. |
| June 24, 2025 | ▪ An order confirming a plan of liquidation of the Debtors shall have been entered. |
| July 7, 2025 | ▪ The effective date of a plan of liquidation of the Debtors shall have occurred. |
| July 16, 2025 | ▪ Any transition services agreement period shall expire. |