**Exhibit B**

**OCP List**

**NONEXCLUSIVE SCHEDULE OF ORDINARY COURSE PROFESSIONALS**

| Firm Name | Address | Type of Work | OCP Cap |
|---|---|---|---|
| Marcum LLP | 201 East Las Olas Boulevard<br>21st Floor<br>Fort Lauderdale, FL 33301 | Accounting - Tax | Monthly: $10,000<br>Aggregate: $50,000 |