**<u>Exhibit C</u>**

**Finger Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| AFH AIR PROS, LLC, *et al.*,[1] | Case No. 25-10356 (PMB) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF JEFFREY FINGER IN SUPPORT OF
APPLICATION OF THE DEBTORS AND DEBTORS IN POSSESSION
FOR ENTRY OF AN ORDER (I) AUTHORIZING THE RETENTION AND
EMPLOYMENT OF JEFFERIES LLC AS INVESTMENT BANKER TO THE
DEBTORS AND DEBTORS IN POSSESSION PURSUANT TO 11 U.S.C. §§ 327(a)
AND 328(a), EFFECTIVE AS OF THE PETITION DATE; (II) MODIFYING
TIME-KEEPING REQUIREMENTS; AND (III) GRANTING RELATED RELIEF**

I, Jeffrey Finger, hereby declare under penalty of perjury that, to the best of my knowledge, information and belief, and after reasonable inquiry, the following is true and correct:

1.    I am a Managing Director and U.S. Co-Head of Debt Advisory & Restructuring at Jefferies LLC ("Jefferies"), an investment banking and financial advisory firm with principal offices located at 520 Madison Avenue, New York, New York 10022, as well as at other locations worldwide.

2.    I submit this declaration (this "Declaration") in support of the application (the "Application")[2] of the debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors") for entry of an order authorizing the Debtors to retain and employ Jefferies

---

[1]    The last four digits of AFH Air Pros, LLC's tax identification number are 1228. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the claims and noticing agent at https://www.veritaglobal.net/AirPros. The mailing address for the debtor entities for purposes of these chapter 11 cases is:  150 S. Pine Island Road, Suite 200, Plantation, Florida 33324.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Application.

as its investment banker, effective as of the Petition Date, pursuant to the terms and subject to the conditions of the Engagement Letter.

3.      Except as otherwise noted, I have personal knowledge of the matters set forth herein, and, if called as a witness, I would testify thereto.  Certain of the disclosures herein, however, relate to matters within the personal knowledge of other professionals at and representatives of Jefferies and are based on information provided by such professionals.

## JEFFERIES' QUALIFICATIONS

4.      I believe that Jefferies and the professionals it employs are qualified to advise the Debtors on the matters for which Jefferies is proposed to be employed in a cost-effective, efficient, and timely manner.

5.      Jefferies is a registered broker-dealer with the United States Securities and Exchange Commission and a member of the Boston Stock Exchange, the International Stock Exchange, the Financial Industry Regulatory Authority, the Pacific Stock Exchange, the Philadelphia Stock Exchange, and the Securities Investor Protection Corporation.  Jefferies was founded in 1962 and is a wholly-owned subsidiary of Jefferies Financial Group Inc., which, together with its affiliates, has gross assets of approximately $64 billion and thousands of employees globally with offices around the world.

6.      Jefferies provides a broad range of corporate advisory services to its clients including, without limitation, services relating to the following: (i) general financial advice; (ii) mergers, acquisitions, and divestitures; (iii) special committee assignments; (iv) capital raising; and (v) corporate restructurings.  Jefferies and its senior professionals have extensive experience in the reorganization and restructuring of troubled companies, both out of court and in Chapter 11 proceedings.  Jefferies has advised debtors, creditor and equity constituencies, and purchasers in numerous reorganizations in the United States and worldwide.  Since 2007, Jefferies

2

has been involved in over 250 restructurings representing over $550 billion in restructured liabilities.

7.    Jefferies has been continuously engaged by one or more of the Debtors since July 2023, initially, to explore potential mergers and acquisition opportunities and, thereafter, to explore other strategic alternatives involving the Debtors.  As a result, Jefferies is familiar with the Debtors' corporate and capital structure, management, business operations, and potential investor universe.  Thus, the Debtors believe that Jefferies is both well qualified and uniquely able to advise the Debtors in these Chapter 11 Cases.

8.    Jefferies has extensive experience in reorganization cases and has an excellent reputation for services it has rendered in large and complex chapter 11 cases on behalf of debtors, creditors, and creditors' committees throughout the United States.  Jefferies is providing or has provided investment banking, financial advisory, and other services in connection with the following chapter 11 cases, among others: *In re Steward Health Care System LLC*, Case No. 24-90213 (CML) (Bankr. S.D.T.X. July 12, 2024); *In re WOM, S.A.*, Case No. 24-10628 (KBO) (Bankr. D. Del. June 20, 2024); *In re Number Holdings, Inc*., Case No. 24-10719 (JKS) (Bankr. D. Del. Apr. 7, 2024); *In re Ebix*, Case No. 24-80004 (SWE) (Bankr. N.D. Tex. Feb. 6, 2024); *In re GOL Linhas Aéreas Inteligentes S.A*., Case No. 24-10118 (MG) (Bankr. S.D.N.Y. Jan. 25, 2024); *In re Barretts Minerals Inc.*, Case No. 23-90794 (MI) (Bankr. S.D. Tex. Nov. 21, 2023); In re Unconditional Love Inc., Case No. 23-11759 (MFW) (Bankr. D. Del. Oct. 23, 2023); *In re AppHarvest Products,* LLC, Case No. 23-90745 (DRJ) (Bankr. S.D. Tex. Sept. 12, 2023); In re *Qualtek Services, Inc.*, Case No. 23-90584 (CML) (Bankr. S.D. Tex. Aug. 4, 2023); *In re Benefytt Technologies, Inc.*, Case No. 23-90566 (CML) (Bankr. S.D. Tex. July 24, 2023); *In re Pipeline Health System, LLC*, Case No. 22-90291 (MI) (Bankr. S.D. Tex. Oct. 2, 2022); *In re Mining*

ACTIVE 707953488

*Project Wind Down Holdings, Inc.* (*f/k/a Compute North Holdings, Inc.*), Case No. 22-90273 (MI) (Bankr. S.D. Tex. Sep. 22, 2022).

## JEFFERIES' DISINTERESTEDNESS

9.    In connection with its retention and employment by the Debtors, Jefferies undertook to determine whether Jefferies (a) has any connection with the Debtors, their affiliates, its creditors, or any other parties in interest in these Chapter 11 Cases or (b) has an interest adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders.

10.    To check potential connections with the Debtors and other parties in interest in these Chapter 11 Cases, Jefferies has searched to determine whether it had any relationships with the entities identified by the Debtors and their representatives as potential parties in interest listed on **Schedule 1** hereto (the "Potential Parties in Interest").  Specifically, Jefferies entered the names of the Potential Parties in Interest into a database containing the names of Jefferies' current and former corporate investment banking clients and current and former municipal finance clients.[3] To the extent that this inquiry has revealed that certain Potential Parties in Interest were current or former corporate investment banking or municipal finance clients of Jefferies within the past three years, these parties have been identified on a list annexed hereto as **Schedule 2** (the "Client Match List").  Through the information generated from the aforementioned inquiry and through follow-up inquiries to Jefferies professionals responsible for certain clients listed on the Client Match List, Jefferies has determined that, except as otherwise stated herein or the Client Match List, its representation of the clients on the Client Match List concerned matters unrelated to the Debtors.

---

[3]    Schedule 2 may, but does not necessarily, include the names of Potential Parties in Interest that may share an affiliation with an investment banking client or a municipality, county or state (including, in each case, agencies, divisions or subsets thereof) listed as a Potential Party in Interest.  In certain instances, Jefferies has been engaged by certain divisions of the municipalities rather than the municipalities themselves; out of an abundance of caution, to the extent known, references to those municipalities are included on Schedule 2.

ACTIVE 707953488

As to the Potential Parties in Interest not identified on the Client Match List, Jefferies has not been employed by or rendered advisory services or municipal finance services to any such parties within the past three years.

11.    Jefferies has provided services in the past three years, and currently provides services to, certain entities (or parties related thereto) that have submitted to the Debtors or their advisors indications of interest or bids, or otherwise participated in the Debtors' prepetition marketing and sale processes.  Because of the confidential nature of such participation, the applicable entities are not identified on Schedule 2.  Jefferies does not, however, provide services to any such entities in any matters related to the Debtors.  Upon request of the Court or the U.S. Trustee, Jefferies will provide to such parties the names of such entities in the same manner and form as the identifications and disclosures contained on Schedule 2, on a confidential basis.

12.    As part of its diverse global activities, Jefferies is involved in numerous cases, proceedings, and transactions involving many different attorneys, accountants, investment bankers, and financial consultants, some of whom may represent claimants and parties in interest in these Chapter 11 Cases.   Further, Jefferies has in the past, and may in the future, advise and/or be represented by several attorneys, law firms and other professionals, some of whom may be involved in these Chapter 11 Cases.   Finally, Jefferies has in the past, and will likely in the future, be working with or against other professionals involved in these Chapter 11 Cases in matters wholly unrelated to these Chapter 11 Cases.   Based upon my current knowledge of the professionals involved in these Chapter 11 Cases, and to the best of my knowledge, none of these business relationships constitute interests adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders in matters upon which Jefferies is to be employed, and none are in connection with these Chapter 11 Cases.

ACTIVE 707953488

13.     Jefferies is a global investment banking firm with broad activities covering, in addition to its investment banking and financial advisory practice, trading in equities, convertible securities, and corporate bonds.  With more than 80,000 customer accounts and thousands of relationships and transactions around the world, it is possible that one or more of Jefferies' clients or a counterparty to a securities transaction may hold a claim or interest or otherwise be Potential Parties in Interest in these Chapter 11 Cases and that Jefferies and/or its affiliates may have other business relationships and/or connections with such Potential Parties in Interest.  Certain Potential Parties in Interest may also serve on official or ad hoc committees which have retained Jefferies in other cases.  Further, as a major market maker in equity securities as well as a major trader of corporate bonds and convertible securities, including those of creditors or parties in interest in these Chapter 11 Cases, Jefferies regularly enters into securities transactions with other registered broker dealers as a part of its daily activities.    Jefferies is also engaged from time to time by various municipalities and other governmental entities on financing and related matters.    Some of these counterparties may be creditors, equity holders, or other parties in interest in these Chapter 11 Cases. Jefferies believes that none of these business relationships constitute interests adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders in matters upon which Jefferies is to be employed, and none are in connection with these Chapter 11 Cases.

14.     In addition, as of the date hereof, Jefferies and its affiliates have thousands of employees worldwide.  It is possible that certain of Jefferies' and its affiliates' respective directors, officers and employees may have had in the past, may currently have, or may in the future have connections to (i) the Debtors, (ii) the Potential Parties in Interest and/or (iii) funds or other investment vehicles that may own debt or securities of the Debtors or other Potential Parties in Interest.  Furthermore, in addition to the parties listed on Schedule 2, Jefferies may also represent,

6

or may have represented, affiliates, equity holders and/or sponsors of the Potential Parties in Interest. Certain of the Potential Parities in Interest may also be vendors or insurers of Jefferies and/or have other non-investment banking relationships with Jefferies. Jefferies may also represent, or may have represented in the past, committees or groups of lenders or creditors in connection with certain restructuring or refinancing engagements, which committees or groups include, or included, entities that appear on the Potential Parties in Interest list. Jefferies believes that none of these business relationships constitute interests adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders in matters upon which Jefferies is to be employed, and none are in connection with these Chapter 11 Cases.

15.    Certain affiliates of Jefferies serve as managers for a number of investment vehicles (collectively, the "Managed Funds"). The Managed Funds are principally intended for investments by third parties unrelated to Jefferies. However, such investors may also include financial institutions (some of which may be parties in interest in these Chapter 11 Cases), affiliates of Jefferies, or their respective officers and employees (some of whom may be Jefferies' employees providing services in connection with these Chapter 11 Cases). Jefferies' employees working in connection with these Chapter 11 Cases have no control over or involvement in investment decisions made for the Managed Funds. With respect to the Managed Funds, Jefferies makes the following additional disclosures:

(a)    Among other things, the Managed Funds are (i) active direct investors in a number of portfolio companies (the "Equity Investments") and (ii) investors in a variety of debt instruments and mezzanine loans or similar securities (the "Income Investments" and, together with the Equity Investments, the "Portfolio Holdings"); and

(b)    The fund managers of the Managed Funds maintain control over investment decisions with respect to the Portfolio Holdings. Many financial institutions and parties in interest who may be involved in these Chapter 11 Cases may also be investors in the Managed Funds. Moreover, the Managed Funds may invest from time to time in Portfolio Holdings relating to the Debtors or parties in interest in

7

these Chapter 11 Cases.  In order to comply with securities laws and to avoid any appearance of impropriety, the employees of the Managed Funds are strictly separated from the employees of Jefferies.  Jefferies maintains a strict separation between its employees assigned to these Chapter 11 Cases and employees involved in the management of Jefferies' investment banking division, on the one hand, and other employees of Jefferies (*e.g.*, sales and trading employees) and its affiliates (including the employees of the Managed Funds), on the other hand.  This separation is maintained through the use of information walls.  These information walls include physical and technological barriers, compliance, and surveillance mechanisms and policies and procedures designed to prevent confidential information from being shared improperly.  Consequently, as no confidential information concerning the Debtors is permitted to be communicated to any persons working for the Managed Funds, Jefferies does not believe that the relationships outlined above constitute interests adverse to the estates or render Jefferies not disinterested in these Chapter 11 Cases.

16.    In addition, as part of its regular business operations, Jefferies may trade securities and other instruments of the Debtors on behalf of third parties (some of whom may be parties in interest in these Chapter 11 Cases).  Jefferies may also trade securities and other instruments of the Potential Parties in Interest on behalf of itself and/or its affiliates or third parties.  Any and all such trading operations and market making activities are separated from Jefferies' investment banking department, and its managing directors and employees (including the investment banking professionals working on these Chapter 11 Cases), by an information barrier, and no Jefferies professionals providing services to the Debtors will be involved with such trading operations and market making activities in any capacity.[4]  Jefferies will not own or hold any debt or equity securities of the Debtors for its own account as long as Jefferies is employed by the Debtors.

17.    The Debtors have numerous creditors and relationships with a large number of individuals and entities that may be parties in interest in these Chapter 11 Cases.  Consequently, although reasonable effort has been made to discover Jefferies' connections with the Potential

---

[4]    These information barriers include physical and technological barriers, compliance and surveillance mechanisms and policies and procedures designed to prevent confidential information from being shared improperly.

ACTIVE 707953488

Parties in Interest, Jefferies is unable to state with certainty whether any of its clients or an affiliated entity of a client holds a claim or otherwise is a party in interest in these Chapter 11 Cases. If Jefferies discovers any information that is contrary or pertinent to the statements made herein, Jefferies will promptly disclose such information to the Court. Additionally, as noted above, Jefferies is part of a global investment banking firm and thus has several legally separate and distinct foreign and domestic affiliates. Although employees of certain affiliates may sometimes assist Jefferies in connection with a restructuring engagement, as Jefferies is the only entity being retained in these Chapter 11 Cases, we have researched only the electronic client files and records of Jefferies, not of all of its affiliates, to determine connections with any Potential Parties in Interest.

18.    Jefferies does not advise, has not advised and will not advise any entity other than the Debtors in matters related to these Chapter 11 Cases. Jefferies will, however, continue to provide professional services to entities or persons that may be creditors of the Debtors or parties in interest in these Chapter 11 Cases, provided that such services do not relate to, or have any direct connection with, these Chapter 11 Cases or the Debtors.

19.    In addition, the firm assisting Jefferies in its capacity as proposed investment banker to the Debtors (which firm is not being retained in these Chapter 11 Cases) also represents a stalking horse bidder for certain of the Debtors' assets. Such counsel has confirmed that the team assisting Jefferies, in its capacity as proposed investment banker, is separated by an ethical wall from the team assisting the stalking horse bidder. Such counsel has also confirmed that neither team has access to the other team's electronic files nor are the team members permitted to discussed the engagement. Jefferies believes the foregoing does not impact its disinterestedness.

9

20.     Except as otherwise set forth herein, to the best of my knowledge, information, and belief, Jefferies (i) is not a creditor, equity security holder or an insider of the Debtors and (ii) was not, within two years before the Petition Date, a director, officer, or employee of the Debtors.  In addition, none of the Jefferies professionals expected to assist the Debtors in these Chapter 11 Cases are related or connected to any United States Bankruptcy Judge for the Northern District of Georgia, the U.S. Trustee or any person employed in the office of the U.S. Trustee.

21.     If any new material relevant facts or relationships are discovered during the pendency of these Chapter 11 Cases, Jefferies will promptly file a supplemental declaration disclosing such new material facts or relationships.

## PROFESSIONAL COMPENSATION

22.     During the 90-day period prior to the commencement of these Chapter 11 Cases, Jefferies received: (i) $48,592.78 on account of expense reimbursements; and (ii) expense retainers in the amount of $45,000.00, which it has or will apply against any unpaid expenses incurred by Jefferies prior to the Petition Date.  Jefferies will include in its first interim fee application information regarding any such application.  Subject to such application, Jefferies has agreed to waive any amounts outstanding as of the Petition Date.

23.     The Fee and Expense Structure and the indemnification obligations set forth in the Application and the Engagement Letter are consistent with Jefferies' typical fee for work of this nature.  The fees are set at a level designed to compensate Jefferies fairly for the work of its professionals and assistants and to cover fixed and routine overhead expenses.  It is Jefferies' policy to charge its clients for all disbursements and expenses incurred in the rendition of services.

24.     It is not the general practice of investment banking firms to keep detailed time records similar to those customarily kept by attorneys.  Accordingly, Jefferies requests a waiver of the requirement to keep and file time records in accordance with Bankruptcy Rule 2016(a),

10

Complex Case Procedures J(2)(b) and any other applicable guideline, rule or procedures as such request is reflected in the Proposed Order.

25.     The Fee and Expense Structure is comparable to those generally charged by investment banking firms of similar stature to Jefferies and for comparable engagements, both in and out of court, and reflects a balance between a fixed monthly fee and contingency amounts which are tied to the consummation and closing of a transaction as contemplated by the Engagement Letter.

26.     Other than as set forth above and in the Engagement Letter, there is no proposed arrangement between the Debtors and Jefferies for compensation to be paid in these Chapter 11 Cases.  Jefferies has no agreement with any other person or entity to share any compensation received, nor will any such agreement be made, except as permitted under section 504(b)(1) of the Bankruptcy Code.

## INDEMNIFICATION OF JEFFERIES

27.     As part of the overall compensation payable to Jefferies under the terms of the Engagement Letter, the Engagement Letter provides for certain indemnification obligations to Jefferies and its affiliates, and each of their respective officers, directors, managers, members, partners, employees, and agents, and any other controlling persons, and their successors and permitted assigns, to the fullest extent lawful, from and against any claims, liabilities, losses, actions, suits, proceedings, third party subpoenas, damages, costs, and expenses, as incurred, related to or arising out of or in connection with Jefferies' services under the Engagement Letter. Such terms of indemnification, as modified by the Proposed Order, reflect the qualifications and limits on such terms that are customary for investment bankers such as Jefferies in chapter 11 cases and are generally consistent in all material respects with the indemnification provision contained

11

in Jefferies' standard engagement letter for both in and out of court restructuring advisory and support services.

28.     I believe that the indemnification, contribution, reimbursement, and other related provisions contained in the Engagement Letter (the "Indemnification Provisions"), and as would be modified in the Proposed Order, are customary and reasonable for investment banking engagements, both in and out of court, and reflect the qualifications and limitations on indemnification provisions that are customary in this district and other jurisdictions.

29.     The Debtors and Jefferies negotiated the terms of the Engagement Letter and Indemnification Provisions at arm's-length and in good faith.  I believe that the provisions contained in the Engagement Letter, as would be modified by the Proposed Order, are reasonable terms and conditions of Jefferies' employment by the Debtors.  I believe that the Indemnification Provisions of the Engagement Letter, as would be modified by the Proposed Order, viewed in conjunction with the other terms of Jefferies' proposed retention, are reasonable and in the best interest of the Debtors, their estates, and creditors.  Accordingly, it is my opinion that this Court should approve the Indemnification Provisions, as would be modified by the Order.

30.     The foregoing constitutes the statement of Jefferies pursuant to section 504 of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 5002.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 31, 2025                                   */s/ Jeffrey Finger*
                                                                    Jeffrey Finger
                                                                    Managing Director
                                                                    JEFFERIES LLC

**<u>Schedule 1</u>**

**Potential Parties in Interest**

**Debtors**
Air Pros, LLC
AFH Air Pros, LLC
Air Pros Atlanta LLC
Air Pros Blue Star LLC
Air Pros Boca LLC
Air Pros Colorado, LLC
Air Pros Dallas L.L.C.
Air Pros Holdings, LLC
Air Pros One Source LLC
Air Pros Solutions, LLC
Air Pros Texas LLC
Air Pros Washington
Air Pros West LLC
CM Air Pros, LLC
Dallas Plumbing Air Pros, LLC
Doug's Service Air Pros, LLC
Dream Team Air Pros, LLC
East Coast Mechanical LLC
Hansen Air Pros, LLC
Mauzy Air Pros, LLC

**Bankruptcy Court Staff/ND GA**
Craig Raber
Jackie Cunningham
James Cornett
Jessica Leto
Kimberly Williams
Maresa Snow
Nancie Schindler
Shannon Morris

**Bankruptcy Judges/ND Georgia**
Barbara Ellis-Monro
James R. Sacca
Jeffery W. Cavender
Lisa Ritchey Craig
Mary Grace Diehl
Paul M. Baisier
Paul W. Bonapfel
Sage M. Sigler

**Banks and Financial Institutions**
American Express
Amerisure Mutual Insurance Company
Bank of America

Capital One
Chase Credit
JPMorgan Chase Bank
PNC Bank
Valley National Bank

**Insurance Providers/Broker**
AmTrust
APA Insurance
Argonaut Insurance Company
AXIS Surplus Insurance Company
BCS Insurance Company
Berkshire Hathaway Guard - AmGUARD -
Florida
Blue Cross Blue Shield (Alabama)
Clear Blue Specialty
Continental Casualty Company (CNA)
Endurance American Specialty Insurance
Company
Endurance Assurance Corporation
First Insurance
Gallagher (Florida)/BCS Insurance
Company
Gallagher Benefit Services
GIS Boon-Chapman Benefit Admin.
Hiscox C-Suite
Hiscox Insurance Company Inc.
Metropolitan Life Insurance Co.
National Fire Insurance Company of
Hartford
P&C Insurance
Scottsdale Insurance Company
Solistice Healthplans, Inc.
Starr Indemnity & Liability Co
Starr Insurance Companies
State Farm
Trustmark Insurance Co.
Underwriters at Lloyd's London

**Bonds**
Atlantic Specialty Insurance Company
Merchants Bonding Company (Mutual)

**Counsel to Lenders**
Latham & Watkins
Sheppard, Mullin, Richter & Hampton LLC

1

**Ligation Parties**

| | |
|---|---|
| 2801 Evans Street, LLC | Dot Com Plus LLC |
| Ables, Roy | Doug's Refrigeration and Air Conditioning, Inc. |
| Ables, Shelley | |
| Abreu, Victor | Drake, Michael |
| Ad Leverage | Eason, Jill |
| AKAA Family LLLP | East Coast Mechanical Inc. |
| Ally Bank | Estrada, Juan |
| Annison, Trey | Fabian, Frankely |
| Antoine, Ralph | Ferrari, Diane |
| Arcole, LLC | Folk, Thomas |
| Arruda, Elisa | Foster, James |
| Auto Owners Insurance Company | Friess, Sheli |
| Banks, Dennis | Gamliel, Coral |
| Beicker, James | Gedeon, Eric |
| Beutow, Roger | Gonzalez, Felix |
| Biggs, Chrissie | Groce, Vicki |
| Boyd, Irving | Hansen Electricians |
| Brookman's Smokehouse LLC | Hansen Heating & Air, Inc. |
| Brown, Tramaya | Hansen Plumbpros LLC |
| Bruno, Louis | Hansen Super Techs |
| Buzlea, Richard | Harley Buckalew |
| C&P Hansen Heating and Cooling, Inc | Hart, Jumecia |
| Camargo, Iran | Herrera, Martin |
| Camargo, Sara | Herrera, Rudy |
| Carlin, Brooke | Hiscox USA |
| Carlisle, Christopher | Hoffman, Rita |
| Casher | Howell, Loralee |
| CFM 247 LP | Howell, Nadine |
| Cintas Corporation | Jean Baptiste, Love Kensky |
| Claremont Property Company | Jimenez, Adrian |
| Clinton, Kim | Jiron, Abigail M. |
| CM Heating Air Pros LLC | Jones, Jeremy |
| Coburn Supply Co | Bercowicz, Julio |
| Collins, Cindy | Ruiz-Valentin, Keniel |
| Contreras Meza, Jose | Clayton, Kimberly |
| Costa, Amber | Derrick, Kimberly |
| Covan, Wendel | Kirkland, Shakya |
| Crisdel Group | Kostov, Adrienne |
| Del Castillo, Juan | Kroll, LLC |
| Del Castillo, Luisa | La Grange Air Force Heating and Air, LLC |
| Denton, Jack | Landry, Jamie |
| Despedida Holdings, Inc. | Lasner, Jermey |
| Dex Media, Inc. | Le, Chloe |
| Diaz, Jason | Lea, Gordon |
| Dominique, Thony | Lee, Zoey |
| | Leftwich, James |

2

Leftwich, Marti
Lester, Chantel
Lindbert, Timothy
Linton, Dwayne
Livingstone, Sarah
Lock, Kristi
Lopez, Michael
Lopez-Lantigua, Rogelio
Love, Cathy
Lvoff, Mikhael
Ma, Quang
Maldonado, Donny
Marcelino, Ivanny
Martoral, Barbara
McAfee, India
McCarthy, Ricky
McGee & Huskey, P.A.
McMackin, Frank
Meriweather County Sheriff's Office
Mobile Fixture & Equipment Company
Morgen, Timothy
Musemeche, Barry
N898PA, LLC
Naranjo, Eduardo
Natural Concepts Marketing Group Inc.
Nitchman, Andrew
One Source Air Pros
One Source Colorado
O'Neill, Peter
Overton, Cyndi
Perera, Douglas
Personalized Power
Peterson, Natachia
Pickle, Debra
Piggott, Cedriana
Processing Partners A-E
Puerto Gonzalez, Maria
Queralt, Leida
Ramirez, Jose
Reed, Brittany
Reed, Gwendolyn
Ricksecker, Bryan
Rivera Perdoma, Wilman
Rodriguez Bahuda, Juan
Rodriguez, Anthony
Rosenbaum, Ari

Roth, Loretta
Saint Fort, Melino
Saint Fort, Pierre
Saltos, Darwin
Sebastian Construction
Sedar, Martin B.
Segarra, Jason
ServInland Restoration Inc.
Setchell, Chad
Siegling, Kathy
Siegling, Reed
Staehle, Thomas
Stahle, Thomas
Stensil, Susan
Stroud, Loyce
Tanya Mitchell/Formost Insurance Co
Tariq, Faran
Tauzin, Jeffrey D.
Taylor, Jusin
Taylor, Nathaniel
Thanasoulias, Alex
Thomas Builders
Thryv Inc (f.k.a. Dex Media)
Tomlinson, Paul
Torrell, William
Trejo, Katherine
Tucco Construction
Tucco Homes
Valentin, Jose
Varela, Raquel
Veloz Padron, Raiden
William, Booker
Williams, Aaron
Wilson, Latoni
Wright Total Indoor Comfort
Wright, Jenny
Wright, Stephen
Wyatt, Latoria
Yoakam, Bonn

**Local, State and Federal Taxing Authorities**
Broward County Property Appraiser
City of Boynton Beach
City of Delray Beach

Colorado Department of Local Affairs
Division of Property Taxation
Colorado Department of Revenue
Dallas Central Appraisal District
Dallas County Tax Office
IRS - Internal Revenue Service
Lafourche Parish Assessor
Lee County Tax Collector
Muscogee County Tax Commissioner
Orange County Property Appraiser
Palm Beach County Property Appraiser
Revenue Commissioner - Mobile County
Richardson ISD Tax Office
Spokane County Assessor Personal Property
Division
State of Alabama - Department of Revenue
Texas Comptroller of Public Accounts
Troup County Georgia
Troup County Tax Commissioner
Washington Department of Revenue

**<u>Other Local, State or Federal Authorities</u>**
AIG Warranty Services of Florida Inc.
Alabama Attorney General
Baldwin County
Building Development | City of Plantation,
Florida
Building Inspection
Carrollton Building Inspection
Charlotte County Commissioners
Citrus County Clerk of Courts in Florida
City Electric Supply
City of Arlington
City of Coral Springs
City of Gulf Shores
City of Miramar
City of Ocoee - Building Inspections
City of Prichard Alabama
City of Tampa Permit Office
City of West Palm Beach
Colorado Attorney General
Community Development: City of Foley
Coral Spgs Bus Tax Code
Davie Building Department
Deerfield Beach Building Division
Delaware Corp & Tax

Florida Attorney General
Florida Department of Financial Services
Bureau of Collateral Management
Florida Office of Insurance Regulation
Garland Building Inspection
Georgia Attorney General
Greenacres City Hall
Harris County Vehicle Registration
Highland Beach Building Department
Inspected.com
Louisiana Attorney General
Margate City Building Department
Marion County Administration
Martin County Building Department
Mississippi Attorney General
Mobile County Building Permits
MuniciPay LLC
Palm Beach County Building Division
Parkland Building Department
Permitting Services | City of Fort
Lauderdale, FL
Pikes Peak Regional Building Department
Pinellas County
Plano Municipal Center
Port City Winnelson Co, Inc.
Pueblo Regional Building Department
St Lucie County Community Development
St of La Brd
Sumter County Commissioners
Sunrise Energy
Teller County Combined & Clerk of the
Court
Texas Attorney General
Texas Department of Licensing and
Regulations
The Boca Raton Building Department
The Collier County Board of County
Commissioners
The Sunny Isles Beach (SIB) Building
Department
The VNPB (North Palm Beach) Building
Department
Town of South Palm Beach
Village of Royal Palm Beach Florida
Washington Attorney General
Wellington Utilities

4

**Owners**
AKAA Family, LLLP
C&P Hansen Heating and Cooling, Inc.
C.M. Heating Inc.
Capital Finance Opportunities 1901C, LLC
Doug's Service Company
Dream Team Services, LLC
Robert Daniel Blalock
Universal Restoration, Inc.
West Georgia Indoor Comfort, LLC

**Stalking Horse Bidder Parties**
ACTA
Air Today Holdings L.L.C.
Akerman LLP
Alpine Investors
Any Hour LLC
Apex Service Partners
Berger Singerman LLP
Buchanan Ingersoll & Rooney PC
Buddy's Heating & Cooling, L.L.C.
Cascade Services
Cheung Kong Property Holdings Limited
CKI Asset
CliftonLarsonAllen
Columbia Home Services
Crowe LLP
East Coast Mechanical Home Services LLC
EPIC Insurance Brokers & Consultants
Exuma Capital Partners LLC
FMT Solutions
Hansen Super Techs, LLC
IMA
King & Spalding LLP
Knox Lane
KPMG
Okinus Finance
Reliance Comfort Limited Partnership
Reliance US Holdings II Inc.
Southern Air of Thibodaux, LLC
Tenex Capital Management
Trive Capital
Willis Towers Watson
Willkie Farr & Gallagher LLP

**Parties to Contracts**
10 To 1 Public Relations, LLC
4Imprint
8X8
A and R Supply LLC
A/C Supply
Aaa Rent-All
Acey's Club
Acme Refrigeration LLC
Action Lock Doc
Ad Leverage
Adobe
ADT Security
Advance Auto Parts
Advance Professional
Advanceautoparts
Aeroseal, LLC
Air Engineers
Air Sponge Filter Co
Airgas LLC
Ala Ga Roll Off
All About Sheet
All About Sheet Metal
All County Sheet LLC
All County Waste Inc
All Crane Rental of Alabama
All Points Logistics
Alliance Construction
Almeida Enterprises, Inc. DBA Almeida
Forklifts
Almeida's Enterprises
Amazon
American 001
American Airlines
American City Bus
American Coatings
American Eagle
American Pipe and Supply
American Standard Warranties
Americast Precast
Angi
Animoto
AP - It Subscription Pcard
AP Marketing Subscription Pcard
APA Insurance
Apex Supply

5

Arco Supply Inc
Arena Operating Comp
ASF Contracting
Associated Equipment
AT&T
Avalara
B & B Appliance Part
Badger Corporation
Baker Distributing Company
Baseline Land Survey
Best Pick Report
Best Postcard
Bestbuy
Better Business Bur
Betz Sheet Metal
Bigbrothersbigsister
Bitly.Com
Bob's Boom Truck
Boca Online-Bldg Dep
Bolton Equipment Services
Bonita Springs Cd-Web
Boys & Girls Club
Brd of Charlotte Co Comm
Breakers and Control
Btr Sheet Metal & Fa
Building,Davie Building Otc
Building,Dixie Building Suppl
Callrail Inc
Cape Coral 162
Carrier Enterprise
Century HVAC Distrib
Chancellor, Inc.
Chevron and Texaco
Cirasync
Clickfunnels
Co Teller Co Svs
Coburn Supply
Coburns
Coconut Ck Utility
Cof Development Srvs
Coh Internet
Collier County
Collins Walker, Inc
Colorado Sprngs Winl Colorado Springs Co
Comcast
Comm Development Ctr

Conklin
Conklin Metal Industries
Connectwise
Consolidated Pipe and Supply
Continental Casualty Company
Contractor Commerce
Corporation Service Co
Craigs Electrical
Craig's Electrical and Generator Service
Crawlspace Depot
Creola Ace Hardware & Lumber
Creola Hardware
Cripple Creek Permitting
Crum Electric Supply
Cummins
Current Capital
Daikin Comfort Technologies North
America, Inc.
Dallas 633
Daniels' Sheet Metal
Dashthis
Datacube
Davis Crane Service
Dealers Supply
Deep South Equipment
Deerfield Bch Bldg
Dept of Regulatory-Ttc
Developmentserv
Dfs Fire Systems
Digital Blue Print
Directv
Diversepower
Dixie Building Supply
Docusign
Dons Diamond Tile
Dope LLC
Dope Marketing
Double J Supply
Dropbox
Duct Fab Inc
Dueitt S Battery
Dufrene Bldg Mtrls
Dwyer Instruments
Dynamic Air Quality Solutions
E Recording USA
Eastern Industrial Supplies, Inc.

6

Eastern Plumbing Sup
Easy Ice
Economic Electric Motors
Elite Gas Contractor
Elliott Electric Supply
Ellis Ink, LLC
Encompass Parts
Endurance Assurance Corporation
Energov
Enterprise Fm Trust
E-Recording
Eversign
Ewiesel Inc
Expedia
Experian
Exxonmobil Fleet Affinity Business Account
FACC Services Group
Facebook
Fastenal Company
Faucet Parts of Amer
FedEx
Fee Citrus
Ferguson
Ffm Wraps
Filterbuy
Filtration Plus
Firestone Greenberger PLLC
Fissco Supply
Five9, Inc
Fivepoint Service
Fleet Services of Fl
Florida Express Waste and Recycling
Fort Myers 163
Forte Payment Systems
Franconnect, LLC
Front Range Elec
FTL
Gallagher Cyber
Garland Bldg Insp
Geary Pacific Supply
Gemaire Group
Generac Power System
Generation Sewer and Water, LLC
Geninterlock
Gensouth Moto

Geotab USA, Inc
Geral Corp.
Ginger Cranes
Gis Benefits/Gallagher
Gis Boon-Chapman Benefit Admin
GM Financial
GoDaddy
Google
Gordy's
Gordy's Hardware
Gotprint
Grainger Industrial Supply
Grammarly
Greenacres Gov Srv
Guarino Distributors
Hajoca Dallas
Harbor Freight Tools
Harris Sheet Metal
Harris Vehreg
Hatch
Hatchify
Hinkle Metals & Supply Co
Hireright LLC
Hiscox - Underwriters at Lloyd's London
Hiscox Insurance Co, Inc
Hollywood 111
Hollywood Digital Blue Print
Honey Bucket
Hootsuite Inc
Hub City Towing
Hugedomains.Com
Hughes Supply
HVAC Supply Inc
Hydrologic
IDI Distributors
Iheart Media
Incloud, LLC
Indeed
Industrial Ser & Sup
Inspected.Com
Integrated Power Services (IPS)
International Franch Parlin NJ
International Franchise Professional Group, Inc.
Interplay
Interstate Battery

7

| | |
|---|---|
| Interstate Electrical Supply | Mayer Electric |
| Intuit | Mdc Diverse Power |
| Ivey Lumber Sales | Mdc Rer (Bldg) Dept |
| Jackson Supply Company | Mechanical Services |
| JAMF Software, LLC | Metal Products LLC |
| JB & Associates | Metro Signs |
| JBT Power | MFV Expositions LLC |
| Jedco Supply | Miami 118 |
| Jetters Northwest | Miami Dolphins |
| JH Wright & Associates | Microsoft |
| Johnson Controls | Mingledorff |
| Johnston Supply Bo Boynton Beach Fl | Mobile 251 |
| Johnstone Supply | Mobile County License |
| Jubilee Ace Home Cntr Inc | Mobile Fence Co |
| Keller Supply | Moffett Road Hardwar |
| Kem Supply House | Moore Supply Dallas |
| Kennedy Restoration and Roofing | Morsco |
| KickCharge Creative | Motion Industries |
| Kinsta | Moore Supply Dallas |
| Kohler Co | Murdock 161 |
| Kymera | N2 Co |
| Lake County Bocc | Napa of Covington |
| Lakeland 157 | Naples 165 |
| Las Vegas Cuban | Neat |
| Lc Community Dev | Nexair LLC |
| LCRM Plumbing | Next Plumbing Supply |
| Learfield Communications | Ntta |
| Lennox International | Numeracle |
| Lg Crane Service | Office Depot |
| Lighthouse Point LP | Optimum7 |
| Linetiec | Opus Virtual Offices |
| LinkedIn | O'Reilly |
| Loftin Equipment | Orkin |
| Lone Wolf Software | Pacific Plumbing |
| Lowe Electric Supply Co. | Panthers |
| Lowes | Panzarella Waste |
| Lynarc Welding Suppl | Paris Ace |
| M&A Supply Company | Patchmaster Serving |
| M2 Customs | Paymentus Corp |
| Mailchimp | Pbcounty Pzb |
| Marcone Supply | PDI - Columbus |
| Martin G Reyes | PDS Radon Supply |
| Master Insulation | Peach State |
| Mathes of Alabama Electric Supply | Peninsular Electric |
| Mawss | PEX Card |
| Mayer | Phenix City Al Bld |

8

Phoneburner
Pitney Bowes, Inc,
Plano 635
Plano Trakit
Platt Electric
Podium.Com
Pods
Pope's Parts
Power & Lighting International Distributors
Power Distributors
Prestressed Contractors, Inc.
Prime Warranty LLC
Pro-Craft General Contractor
Propertyradar
PSP Products Inc
PSVJ
Pueblo Regional Bldg Dep
Pueblo Winair Co
Queensboro Industries
R.E. Michel Company, LLC
Rack Electric
Radon Supply
Radwell International
Rainbow Spring Water, Inc.
Rampart Supply
Reading Truck Equipment LLC
Real Time Marketing (Unify 360)
Record-Nation
Refricenter International
Reyes General Services LLC
RGF Environmental Group, Inc.
Ringcentral Inc
Rings Forklift
Riviera Utilities
Robert Dueitt Construction
Rotobrush International
Sage Software
SAS Tech Contractors
Sasquatch Waste
Satsuma License
SCS Fort Worth
Seco Energy
Semmes *Comm Dev
Sequel Electrical Supply
Service Finance Company
Service Titan, Inc.

Shearer Supply
Shred Monkeys
Shutterstock
Sims Crane & Equipment Co.
Sinch Mailgun
Sinclair Broadcast Group
Sinclair Broadcasting
Sindarin.Tech
Slack
Solistice Healthplans
South Florida Appliance, Inc.
Southern Pipe & Supply
Southern Rewinding
Southern Spiral Pipe
Southern Tele-Commun
Sprout Social, Inc
Sq Plumbing Service
Sq Southern Tele-Comm
Standard Supply
Stoneway Electric
Succurri
Sumter County
Sumter Electric
Sun Sentinel Media Group
Sunbelt Rentals
Sunpass
Synchrony Bank
Tampa East
Teter's Faucet Parts Center
Thomas Engineering Group
The Home Depot
The Lilly Company
The Trailer Doc & Fab Shop
The Trailer Doctor
Thermal Products
Thermal Supply I
Thomas Engineering Group
Thomson Power Systems
To Your Success
Tradeshift
Tropic Supply Inc.
TSYS
Uber
Unifirst
Unify360
United Refrig

9

United Rentals
UPS
Upwork
USPS
Vacherie Fuel Corporation
Valassis Direct Mail, Inc
Valley Supply Company of Houma
Vehicle R&M
Vetcor
Victor Distributing Company
Vista Print
Vivint
V-Net Consulting
Volusion, LLC
VotaCall
Walker Electric Supply
Wellington
Winston Water Cooler Ltd
Winsupply
Wittichen Supply
Wolverine Brass
World Elec Sply
Wpb Dev Serv Online
WRCS Cleaning Up 4U
Wright Express
WTVM
Xpress-Pay
York Int
Zapier
Zoho
Zoom.Us

**Parties to Leases**
11055 Plano Road, LLC
2609 Cameron Street, LLC
2801 Evans Street LLC
30590 LA16, LLC
Atlanta Industrial TT, LLC c/o Investcorp
International Realty, Inc.
Atlanta Industrial TT, LLC c/o Taurus
Investment Holdings, LLC
Barken, LLC
Black Horse, LLC - Property Managers
Boca Raton Business Park Trust, Inc.

Cary C. Collins, Trustee & Joyce Collins,
Trustee for Cary C. Collins & Joyce Collins
Trust
Chad Setchell
Cushman and Wakefield Inc.
D & D Investments, LLC
Daniel Blalock and Anne Blalock
Doug Tauzin Holdings, L.L.C.
Eminent Investments, LLC
EQT Exeter Industrial REIT VI, LLC
Farland Holding, LLC
Flournoy & Calhoun
Graham and Graham LTD
Green Plantation LLC
Helix Florida 1 Logistics Asset LLC
HLD Properties LLC
Investments Limited
Jones Walker LLP
Lagrange Airforce Heating and Air, LLC
Lake Shore Real Estate Development LLC
MB Plano Road, LLC
MVC Technologies USA
NW Family, LLC
Porter Properties, LLC
Sandman Investment Group LLC
Stampler Auctions
Tauzin Group Holdings, LLC
The Taratoot Company, Inc.
Trunk - Seaway Business Park LLC
Vilas Law Firm
Zerimar 1500, LLC

**Professionals**
Accordion
CBIZ
Dentons Sirote PC
Firestone Greenberger PLLC
Graham & Graham, LTD
Greenberg Traurig
Jefferies
Lathrop GPM
Lrhirsh, LLC
Marcum, LLP
National Financial Services
Lamb, Patrick R.
The Law Office of Richard Corey, PLLC

10

Verita
V-Net Consulting

**Other Creditors/Vendors**
10 to 1 Public Relations
Addison Group
Alan Ray LaFoy
Beach Networks
Collier, John
Cosper Tullos
Datasite
Debra Held
Dustin Hood
Ewiesel Inc.
Garner, James
Giacomi, John
Imagenet Consulting LLC
James F. Breig
James G. Troxell Jr.
James Michael McNeill, Jr
Jeff D. Tauzin
Jeff W Purcella
Jefferey Purcella
Jimmy L. Nelson
Joele Frank
Joshua R. Larson
Larry F Jones III
Matt Jeffrey Kimmons
Ontra
QC Consulting, LLC
Ramos Private Process Server & Notary,
LLC
RGP
Scott Lannie
Steven Douglas
Steven Evans
Steven Weber
Susan D. Frank
Timothy W. Childs
Todd P. Boyd
United Subrogation Associates

**Lenders**
Alter Domus (US) LLC
Co Finance LVS XXII LLC
OC III LVS LXI LP

**Litigation (Attorneys)**
Aero Law Center
Andrew J. Gorman & Associates
Anthony Conchelos
Archie Reeves McDowell Knight & Slede,
LLC
Asher Adry
Austill Lewis Pipkin & Maddodx, P.C.
Barrett & Farahany
Bennett Aiello Kreines
Boatman Ricci
Burns, Cunningham & Mackey, P.C.
Carney Badley Spellman, P.S.
Caroline Thomason Pryor
Chad Candler
Chad J. Robinson PLLC
Cherry Bekaert Advisory LLC
Christopher L. Thayer
Cole Davis/Canada Lewis & Associates
Cole, Scott & Kissane, P.A.
Critton, Luttier & Coleman, LLP
Cunninghan Bounds, LLC
Dinsmore & Shol LLP
Earl and Earl PLLC
Gamberg & Abrams
Gonzalez Law Group/Michael Gonzalez
Gordon, Fournaris & Mammarella, P.A.
Hall Booth Smith
Hand Arendall Harrison Sale LLC
Hedge Copeland, P.C.
Henry S. Rauschenberger
Holland & Knight
Jernigan Copeland Attorneys, PLLC
Jones Walker LLP
Jud Sanford
Kailana Moniz
Karen Schwartz McClure
Kathy Seigling
Kevin Poyner
Kogan & DiSalvo, P.A.
Kumpf Charsley & Hansenm, LLC
Kyle J. Henderson
Law Offices of Dellwo, Roberts & Scanlon
Lewis Brisbois Bisgaard & Smith LLP
Light Path law, P.A.

Lober Law, LLC
Loper Law LLC
Maples & Fontenot LLP
Matt Ceil
McCarther & English, LLP
McDowell Knight Roedder & Sledge, LLC
Michael Santos/Santos Law
Morgan & Morgan
Pollard PLLC
Pruitt & Pruitt, P.A.
Rasco Klock Perez & Nieto, P.L.
RC Enterprise Law
Ross Chapman
Ross Chapman/Canada Lewis
Schwartz & Stafford, P.A.
Scott Dukes & Geisler, P.C.
Shemeka Webb-Casher
Spear, Spear & Hamby PC
Spina & Lavelle, P.C.
Starnes Davis Florie LLP
Sutton Booker
Tarak Anada
The Berman Law Group
The Leach Firm, P.A.
Venable LLP

**Current and Former Officers and Directors**
Andrew Hede
Brian Smith
Douglas Anthony Perera
Jonathan Forester
Karson Chang
Lawrence Hirsh
Nicholas Basso
Richard Outram
Robert Dipietro

**Third Party Finance Providers**
Ally Bank
Atwood Rentals Finance
Benji Finance
Breeze Lease Purchase
Capital Finance Administration, LLC
Ferguson Enterprises, LLC
Financial Agent Services

First Citizen Bank
Ford Motor Credit Company LLC
Fortiva Finance
Forward Financing LLC
Gemaire Distributors LLC
Goodleap
GreatAmerica Financial Services Corporation
GreenSky Finance
Hitachi Capital America Corp.
Internet Truckstop Payments LLC
Komatsu Financial Limited Partnership
Lennox Industries Inc.
Microf Finance
PACE Finance
Paradise Bank
Spectrum Finance
Stearns Bank Equipment Finance
Trane U.S. Inc.
Turns Finance
U.S. Small Business Administration
Wells Fargo
Western Equipment Finance, Inc.

**United States Trustee/Atlanta Office**
Adriano O. Iqbal
Alan Hinderleider
Allison Cleary
Anne Cabrera
Beth Brown
Chevonne Ducille
David Weidenbaum
Deborah R. Jackson
Donavan Slack
Jonathan S. Adams
Lindsay Kolba
Lisa Smoot
Martin P. Ochs
Mary Ida Townson, U.S. Trustee
Michele Stephens-Taylor
R. Jeneane Treace, Assistant U.S. Trustee
Randal D. Ennever
Roslyn Dowdy
Roxana Peterson
Scarlett L. Aldaz
Tara Kelly

ACTIVE 707953488

**Utilities**

Central Broward Water Control
Clower Electric Supply, a division of
Chancellor Inc.
Crum Electric Supply
Duke Energy
Entergy
Florida Power & Light
Gas South
GFL Environmental Inc.
Lajaunie's Pest Control
New Horizons
Orlando Utilities
Puget Sound Energy
Republic Services
Stericycle – Shred It
Waste Management
Waste Pro - West

**Workers Comp Claimants**

Arboneaux, Eric
Baker, Lawrence
Bartram, Daniel
Bollard, Richard
Bowe, Robert
Busby, Robert
Cavender, William
Clark, Ron
Clark, Sammie Lee Tyrus
CNA Administrator
Continental Casualty Company
Cummings, Michael
Dickerson, Nickalis
Doggett, Roger
Ewan, Nathan
Fanaro, Dustin
Floyd, Michael
Gonzalez Lopez, Blas

Gonzalez, Erick
Gonzalez-Siles, Jesus
Guerrero, Brian
Harnish, Michael
Hernandez, Yasmany
Holley, Anthony
Holt, Michael
Jaramillo, Adam
Leonard, Joshua
Lewis, Jamaal
Linsinbigler, David
Loetscher, Casey
Lopez, Alex
Lyles, James
Marshall, Jeffrey
McKinley, Ryan
Mendez Soto, Jose
Mitchell, Derrek
Murray, Artnez
Naranjo, Eduardo
Perez, Paul
Reavis, Joseph
Rios Hernandez, Oscar
Rucker, Dylan
Saint Fort, Melino
Saint Fort, Pierre
Seagraves, James
Soine, Patrick
Soutullo, Patrick
Spears, Calvin
Steigner, Jeffrey
Stringer, Nate
Valdes, Osvaldo
Waller, Walter
Willyard, Charles
Winters, Roger

**<u>Schedule 2</u>**

**Client Match List**[1]

---

[1]  If a name is listed in multiple categories on Schedule 1 and a disclosure is made on Schedule 2, such name is referenced only once on the attached Schedule 2.

**Debtors/Debtor Affiliates**
Air Pros, LLC
AFH Air Pros, LLC
Air Pros Atlanta LLC
Air Pros Blue Star LLC
Air Pros Boca LLC
Air Pros Colorado, LLC
Air Pros Dallas L.L.C.
Air Pros Holdings, LLC
Air Pros One source LLC
Air Pros Solutions, LLC
Air Pros Texas LLC
Air Pros Washington
Air Pros West LLC
CM Air Pros, LLC
Dallas Plumbing Air Pros, LLC
Doug's Service Air Pros, LLC
Dream Team Air Pros, LLC
Hansen Air Pros, LLC
Mauzy Air Pros, LLC

**Insurance Providers/Broker**
APA Insurance
Trustmark Insurance Co.

**Local, State and Federal Taxing Authorities**
Colorado Department of Local Affairs
Division of Property Taxation
Colorado Department of Revenue
Washington Department of Revenue

**Other Local, State or Federal Authorities**
City of Tampa Permit Office
Colorado Attorney General
Harris County Vehicle Registration
Marion County Administration
Texas Department of Licensing and
Regulations

**Other Creditors/Vendors**
Addison Group
Datasite

**Parties to Contracts**
8X8
AT&T
Chevron and Texaco
Corporation Service Co.
Cummins
DirecTV
ExxonMobil Fleet Affinity Business Account
Integrated Power Services (IPS)
Kymera
SCS Fort Worth
Vetcor

**Parties to Leases**
Atlanta Industrial TT, LLC c/o Investcorp
International Realty, Inc.

**Third Party Finance Providers**
Spectrum Finance

**Utilities**
Duke Energy
Entergy
Florida Power & Light
New Horizons
Orlando Utilities
Republic Services
Waste Management

**Current M&A Process –Stalking Horse Bidders[1] or Previously Submitted Submitted IOIs**
Any Hour Group
Knox Lane
[Redacted]

**2023 M&A Process[2]**
[Redacted]

---

[1]  See paragraph 11 of the Finger Declaration.

[2]  Id.