**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | |
|---|---|
| *In re*<br><br>AFH AIR PROS, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10356 (PMB)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

**PLEASE TAKE NOTICE** that Glenn Agre Bergman & Fuentes LLP hereby enters its appearance ("Notice of Appearance") in the above-captioned case as counsel to Axaa Family, LLC ("Axaa"), pursuant to Section 1109(b) of title 11 of the United States Code, rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and requests that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

**GLENN AGRE BERGMAN & FUENTES LLP**
Kurt A. Mayr (*pro hac vice* forthcoming)
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
Email: kmayr@glennagre.com

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, email or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to (a) the debtors in the

above-captioned case (the "Debtors") and any related adversary proceedings, whether currently pending or later commenced, (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use, or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended and shall not be deemed to waive the rights of Axaa: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which Axaa is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

*[Remainder of Page Intentionally Left Blank]*

Dated: April 7, 2025
New York, New York

**GLENN AGRE BERGMAN & FUENTES LLP**

*/s/ Kurt A. Mayr*

Kurt A. Mayr (*pro hac vice* forthcoming)
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
Tel: (212) 970-1600
Email: kmayr@glennagre.com

*Attorney for Axaa Family, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2025, I caused the foregoing *Notice of Appearance and Request for Notices* to be served via the Court's CM/ECF system to all parties entitled to receive such service.

*/s/ Kurt A. Mayr*
Kurt A. Mayr