### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### NEWNAN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| AFH AIR PROS, LLC, *et al.*,[1] | Case No. 25-10356 (PMB) |
| Debtors. | (Jointly Administered) |

### NOTICE OF PROPOSED ASSUMPTION AND
### ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS

**PLEASE TAKE NOTICE THAT:**

1.      On March 16, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia (the "Court").

2.      On March 18, 2025, the Debtors filed the *Motion of the Debtors for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Assets, (B) Approving the Debtors' Entry into the Stalking Horse Purchase Agreements and Related Bid Protections, (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Approving Form and Manner of Notices Relating Thereto, (E) Scheduling a Hearing to Consider the Proposed Sale, and (F) Granting Related Relief* (the "Bid Procedures Motion")*; and (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief* [D.I. 34, as amended, D.I. 55] (the "Sale Motion", and together with the Bid Procedures Motion, the "Motion")[2] with the Court.

3.      On April 14, 2025, the Court entered an order approving the Bid Procedures Motion [D.I. 193] (the "Bidding Procedures Order"), granting certain of the relief sought in the Bid Procedures Motion, including, among other things, approving: (a) the Bidding Procedures,

---

[1]     The last four digits of AFH Air Pros, LLC's tax identification number are 1228. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the claims and noticing agent at https://www.veritaglobal.net/airpros. The mailing address for the debtor entities for purposes of these chapter 11 cases is:  150 S. Pine Island Road, Suite 200, Plantation, Florida 33324.

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

which establish the key dates and times related to the Sale and the Auction, and (b) the Assumption and Assignment Procedures.

4.      The hearing to consider the Sale (the "Sale Hearing") shall be conducted by the Court on **May 19, 2025 at 1:00 p.m. (prevailing Eastern Time)**, or on such other date as the Court may direct, at the **United States Bankruptcy Court for the Northern District of Georgia, Richard B. Russell Federal Building and United States Courthouse 75 Ted Turner Drive, SW Atlanta, Georgia 30303**.[3]

5.      Upon the closing of the Sale, the Debtors may assume and assign to the Stalking Horse Bidder(s) or any other Successful Bidder(s) the Assumed Contracts.

6.      A schedule listing the Assumed Contracts is attached hereto as **Schedule A** (the "Assumed Contracts List").  The cure costs, if any, necessary for the assumption and assignment of the Assumed Contracts (the "Cure Costs") are also set forth on the Assumed Contracts List.  The Cure Costs listed reflect the amount required to cure any defaults or arrears existing under each of the Assumed Contracts, based on the Debtors' books and records.  The Cure Costs are not dispositive for any other purpose, including for voting or distribution purposes.

7.      **YOU ARE RECEIVING THIS NOTICE BECAUSE THE DEBTORS HAVE IDENTIFIED YOU AS A COUNTERPARTY TO A POTENTIAL ASSUMED CONTRACT**.  The mere listing of an Assumed Contract on the Assumed Contracts List does not require or guarantee that such Assumed Contract will be assumed or assumed and assigned by the Debtors at any time or constitute any admission or agreement of the Debtors that such Assumed Contract is an executory contract or unexpired lease, and all rights of the Debtors, each Stalking Horse Bidder, or other Successful Bidder are reserved.  Only those Assumed Contracts that are included on a schedule of assumed and acquired contracts attached to the final asset purchase agreement with the Successful Bidder(s) (including amendments or modifications to such schedules in accordance with such asset purchase agreement) will be assumed and assigned to the Successful Bidder(s).

## OBTAINING ADDITIONAL INFORMATION

8.      Copies of the Motion, the Bidding Procedures Order, the Bidding Procedures, and other case documents can be obtained free of charge (i) on the case website maintained by the Debtors' claims and noticing agent, Kurtzman Carson Consultants, LLC d/b/a

---

[3]    Parties may attend the Sale Hearing in **Courtroom 1202 in the Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303** or virtually via **Judge Baisier's Virtual Hearing Room**. The link for the Virtual Hearing Room can be found on Judge Baisier's webpage at https://www.ganb.uscourts.gov/content/honorable-paul-m-baisier and is best used on a desktop or laptop computer but may be used on a phone or tablet. Participants' devices must have a camera and audio. You may also join the Virtual Hearing Room through the "Dial-In and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov. Please review "Instructions for Appearing by Telephone and Video Conference" located under the "Hearing Information" tab on the judge's webpage prior to the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position unless you are speaking or until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Verita Global, at https://www.veritaglobal.net/airpros, or (ii) upon written request to counsel to the Debtors undersigned below.

**FILING OBJECTIONS**

9.    Pursuant to the Assumption and Assignment Procedures and the Bidding Procedures Order, any objections (each, an "Assumed Contract Objection") to the proposed assumption and assignment of an Assumed Contract, the proposed Cure Costs (if any), and/or adequate assurance of future performance by the Stalking Horse Bidder must (a) state, with specificity, the legal and factual basis for the objection and, if applicable, what Cure Costs are required, (b) include appropriate documentation in support thereof, (c) comply with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any applicable orders of this Court, and (d) be filed with the Court and served so as to be **actually received** by no later than **May 5, 2025 at 4:00 p.m. (prevailing Eastern Time)** (the "Sale Objection Deadline") on the following parties (collectively, the "Objection Notice Parties"):

a) counsel for the Debtors, Greenberg Traurig, LLP, Terminus 200, 3333 Piedmont Road, NE, Suite 2500, Atlanta, Georgia 30305, Attn: David B. Kurzweil, Esq. (KurzweilD@gtlaw.com) and Matthew A. Petrie (PetrieM@gtlaw.com), and Greenberg Traurig, LLP, One Vanderbilt Avenue, New York, New York 10017, Attn: Leo Muchnik (MuchnikL@gtlaw.com);

b) the Office of the U.S. Trustee, 362 Richard B. Russell Building, 75 Ted Turner Drive, S.W. Room 362, Atlanta, Georgia 30303, Attn:  Jonathan S. Adams, Esq. (Jonathan.S.Adams@usdoj.gov);

c) counsel for the Debtors' prepetition and postpetition agent and lenders, Latham & Watkins LLP, 330 N. Wabash Avenue, Suite 2800, Chicago, Illinois 60611, Attn: James Ktsanes (james.ktsanes@lw.com), Ebba Gebisa (ebba.gebisa@lw.com), and Whit Morley (whit.morley@lw.com), and Latham & Watkins LLP, 1271 Avenue of the Americas, New York, New York 10020, Attn: Nikhil Gulati (nikhil.gulati@lw.com);

d) proposed counsel to the Official Committee of Unsecured Creditors appointed in these Chapter 11 Cases, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, New York, New York 10017, Attn: Bradford J. Sandler, Esq. (Bsandler@pszjlaw.com), Paul J. Labov, Esq. (Plabov@pszjlaw.com), and Cia Mackle, Esq. (Cmackle@pszjlaw.com);

e) counsel to the Doug's/Dream Team/Hansen Stalking Horse Bidder, Buchanan Ingersoll & Rooney PC, 401 E Jackson St., Suite 2400, Tampa, Florida 33602, Attn: David T. Cellitti (David.Cellitti@bipc.com);

f) counsel to the ECM Stalking Horse Bidder, King & Spalding LLP, 1180 Peachtree Street NE, Suite 1600, Atlanta, Georgia 30309, Attn:  Jeffrey R. Duston (jdutson@kslaw.com), William Jordan (wjordan@kslaw.com), Christopher K. Coleman (christopher.coleman@kslaw.com) and Kristen Landers (klanders@kslaw.com);

g) counsel to the Dallas Plumbing Stalking Horse Bidder, (i) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019, Attn: Jeffrey Pawlitz (jpawlitz@willkie.com) and Betsy L. Feldman (bfeldman@willkie.com) and (ii) Eversheds Sutherland (US) LLP, 999 Peachtree St., N.E., Suite 2300, Atlanta, Georgia 30309, Attn: David Wender (davidwender@eversheds-sutherland.com);

h) counsel to the CM/Air Force Stalking Horse Bidder, Akerman LLP, 98 Southeast Seventh Street, Suite 1100, Miami, Florida 33131, Attn: Martin G. Burkett (martin.burkett@akerman.com), John H. Thompson (john.thompson@akerman.com), Michael B. Fernandez (mike.fernandez@akerman.com), and Carlos M. de la Cruz III (carlos.delacruz@akerman.com);

i) counsel to the One Source Stalking Horse Bidder, Taft Stettinius & Hollister LLP, One Indiana Square, Suite 3500, Indianapolis, Indiana 46204-2023, Attn: Elijah J. Hammans (ehammans@taftlaw.com) and W. Timothy Miller (miller@taftlaw.com);

j) counsel to the Air Pros Legacy Stalking Horse Bidder, Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, Florida 33131, Attn: Jordi Guso (jguso@bergersingerman.com) and Michel Debolt (mdebolt@bergersingerman.com); and

k) all parties that have requested notice in these Chapter 11 Cases.

10. Any objections (each, an "Adequate Assurance Objection") to the proposed form of adequate assurance of future performance by the Successful Bidder, other than any Stalking Horse Bidder, must (a) state, with specificity, the legal and factual basis for the objection, (b) include any appropriate documentation in support thereof, (c) comply with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any applicable orders of this Court, and (d) be filed with the Court and served so as to be **actually received** by the Objection Notice Parties no later than **May 13, 2025 at 4:00 p.m. (prevailing Eastern Time)** (the "Post-Auction Objection Deadline").

11. All Assumed Contract Objections and Adequate Assurance Objections will be considered at the Sale Hearing, or as soon thereafter as counsel may be heard.

**CONSEQUENCES OF FAILING TO TIMELY FILE AND SERVE AN OBJECTION**

**ANY COUNTERPARTY TO AN ASSUMED CONTRACT WHO FAILS TO TIMELY FILE AND SERVE AN ASSUMED CONTRACT OBJECTION BEFORE THE SALE OBJECTION DEADLINE OR AN ADEQUATE ASSURANCE OBJECTION BEFORE THE POST-AUCTION OBJECTION DEADLINE (IF APPLICABLE) SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING ANY OBJECTION TO THE ASSUMPTION AND ASSIGNMENT OF THE ASSUMED CONTRACT, THE CURE COSTS (IF ANY), AND THE ADEQUATE ASSURANCE OF FUTURE PERFORMANCE PROVIDED BY THE STALKING HORSE BIDDER OR OTHER SUCCESSFUL BIDDER.**

Dated: April 17, 2025

**GREENBERG TRAURIG, LLP**

*/s/ Matthew A. Petrie*
David B. Kurzweil (Ga. Bar. No. 434092)
Matthew A. Petrie (Ga. Bar. No. 227556)
Terminus 200
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Email: kurzweild@gtlaw.com
        petriem@gtlaw.com

*Counsel for the Debtors and Debtors in
Possession*

## Schedule A[1]

**Executory Contracts and Unexpired Leases Subject to Assumption and Assignment**

---

[1] The listing of an Executory Contract or Unexpired Lease on <u>Schedule A</u> includes any amendments, modifications, or supplements thereto.

| Line | DebtorName | Contract Counterparty | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Description of Contract | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Air Pros Solutions Holdings, LLC | 10 to 1 Public Relations | 10 to 1 Public Relations | 7975 Hayden Rd Ste C-300 | | Scottsdale | AZ | 85258 | | Public Relations Agreement | $ 10,250 |
| 2 | Air Pros Solutions, LLC | 10 to 1 Public Relations | 10 to 1 Public Relations | 7975 N Hayden Road | Ste. C-300 | Scottsdale | AZ | 85258 | | Public Relations Agreement | $ 10,250 |
| 3 | Dallas Plumbing Air Pros, LLC | 11055 Plano Road, LLC | Owen Duke | 1250 S Pine Island RD Suite 450 | | Plantation | FL | 33323 | | Lease, dated July 1, 2022 for the premises located at 11055 Plano Road, Dallas, Texas 75238 | $ - |
| 4 | CM Air Pros, LLC | 2021 E College LLC | Steven Shulman | 1500 East College Way #562 | | Mount Vernon | WA | 98273 | | Lease Agreement dated August 15th, 2022 for the premises located at 2021 East College Way, Suite 200, Mount Vernon, WA | $ - |
| 5 | Hansen Air Pros, LLC | 2609 CAMERON STREET, LLC | 2609 CAMERON STREET, LLC | 2609 CAMERON STREET, LLC | | Mobile | AL | 36607 | | Lease Agreement, dated August 2023 at 2609 Cameron Street, LLC, LLC, AL, 36607 | $ - |
| 6 | Air Pros, LLC | 2801 Evans Street LLC | Harry & Annette Stampler | 5800 Peppertree Circle West | | Davie | FL | 33314 | | Lease Agreement for the premises located at 2801 Evans Street, Hollywood, FL, 33020 | $ - |
| 7 | Dream Team Air Pros, LLC | 30590 LA16, LLC | Trey Annison and Baylie Annison | 39062 Renninger Rd | | Denham Springs | LA | 70706 | | Lease Agreement, dated August 15, 2022 for the premises located at 30590 and 30582 LA Hwy 16, Denham Springs, LA 70726 ("LA16 Lease") | $ - |
| 8 | Air Pros Solutions Holdings, LLC | Addison Group | Madison Hodges | 125 S. Wacker Dr. | 27th Floor | Chicago | IL | 60606 | | Service Agreement, effective as of December 17th, 2024 | $ - |
| 9 | Air Pros Solutions Holdings, LLC | Alabama Power | Alabama Power | P.O. Box 242 | | Birmingham | AL | 35292 | | Participating Dealer Agreement, dated February 22, 2022 | $ - |
| 10 | East Coast Mechanical, LLC | Alan Ray LaFoy | | Address on File | | | | | | Business Qualifier Agreement | $ - |
| 11 | Air Pros One Source, LLC | All Copy Products | All Copy Products | 1635 W 13th Ave | | Denver | CO | 80204 | | Page Management Agreement | $ - |
| 12 | Doug's Service Air Pros, LLC | Ally Bank | Hans Zandhuis | 601 S. Tryon St. | | Charlotte | NC | 28202 | | Master Dealer Agreement | $ 9,678 |
| 13 | Air Pros Solutions Holdings, LLC | American Eagle | American Eagle | 2600 S. RIVER ROAD | | DES PLAINES | IL | 60018 | | Advertising Contract | $ 43,260 |
| 14 | Air Pros, LLC | Angi, Inc | Angi, Inc | 1030 E. Washington St | | Indianapolis | IN | 46202 | | Advertising Agreement for Air Pros - Ocala (SPID 24607243) | $ - |
| 15 | Air Pros, LLC | Angi, Inc | Angi, Inc | 1030 E. Washington St | | Indianapolis | IN | 46202 | | Advertising Agreement for Air Pros - Orlando (SPID 26289934) | $ - |
| 16 | Air Pros, LLC | Angi, Inc | Angi, Inc | 1030 E. Washington St | | Indianapolis | IN | 46202 | | Advertising Agreement for Air Pros SEFL (SPID 27243242) | $ - |
| 17 | Air Pros, LLC | Angi, Inc | Angi, Inc | 1030 E. Washington St | | Indianapolis | IN | 46202 | | Advertising Agreement for JackRabbit Air Conditioning/Fort Myers (SPID 27243974) | $ - |
| 18 | Air Pros Solutions, LLC | Ascent (Sage Support) | Ascent (Sage Support) | 1880 S. Dairy Ashford | Suite 535 | Houston | TX | 77077 | | Software Maintenance Plan | $ - |
| 19 | Air Pros Atlanta LLC | Atlanta Industrial TT, LLC c/o Investcorp International Realty, Inc. | Michael O'Brien | 280 Park Avenue, 36th Floor | | New York | NY | 10017 | | Multi-Tenant Industrial Triple Net Lease, dated April 15, 2020 for the premises located at 2129 Northwest Parkway Suite 113 Marietta, Georgia 30067 | $ - |
| 20 | Air Pros, LLC | Barken, LLC | Kenneth P. Foster II | P.O. Box 3616 | | Brandon | FL | 33509 | | Lease Agreement, dated May 21, 2023 for the premises located at 1501 & 1503 Hobbs Street, Tampa, FL 33619 | $ - |
| 21 | Doug's Service Air Pros, LLC | Canon Solutions America, Inc. | Canon Solutions America, Inc. | 14904 Collections Center Dr | | Chicago | IL | 60693 | | Master Sales & Service Agreement | $ 360 |
| 22 | Air Pros West LLC | Cary C. Collins, Trustee & Joyce Collins, Trustee for Cary C. Collins & Joyce Collins Trust | | Address on File | | | | | | Lease Agreement, dated March 6th, 2020 for the premises located at 17161 Alico Center Road, Fort Myers, Florida 33967 | $ - |
| 23 | Doug's Service Air Pros, LLC | Christopher Smith | | Address on File | | | | | | Employment Agreement | $ - |
| 24 | CM Air Pros, LLC | Cintas | Cintas | 6800 Cintas Blvd | | Mason | OH | 45040 | | Standard Uniform Rental Service Agreement | $ 10,132 |
| 25 | Air Pros Solutions Holdings, LLC | Connectwise | Connectwise | 4110 George Road | | Tampa | FL | 33634 | | Master Agreement, dated as of May 24, 2024 | $ - |
| 26 | Air Pros One Source, LLC | Cosper Tullos | | Address on File | | | | | | Business Qualifier Agreement | $ - |
| 27 | Air Pros One Source, LLC | Cosper Tullos | | Address on File | | | | | | Employment Agreement | $ - |
| 28 | Air Pros One Source, LLC | D & D Investments, LLC | Darin Bible | 682 Saguache Dr. | | Florissant | CO | 80816 | | Lease Agreement, dated February 1, 2024 at 3470 Interpark Drive, Colorado Springs, CO 80907 | $ - |
| 29 | Dream Team Air Pros, LLC | Daikin Comfort Technologies Distribution, Inc. | Daikin Comfort Technologies North America, Inc. | 5847 San Felipe | Suite 2250 | Houston | TX | 77057 | | Dealer Sales and Service Agreement | $ - |
| 30 | Air Pros Solutions Holdings, LLC | Daikin Comfort Technologies North America, Inc. | Daikin Comfort Technologies North America, Inc. | 7255 Corporate Center Drive, Suite A | | Miami | FL | 33126 | | Equipment Purchase Program Agreement | $ - |
| 31 | CM Air Pros, LLC | Daikin Comfort Technologies North America, Inc. | Daikin Comfort Technologies North America, Inc. | 5847 San Felipe | Suite 2250 | Houston | TX | 77057 | | Daikin Unitary Independent Dealer Sales and Service Agreement, dated as of December 19, 2024 | $ - |
| 32 | AFH Air Pros, LLC | Daniel Blalock and Anne Blalock | | Address on File | | | | | | Lease Agreement dated July 11, 2022 for the premises located at 100 Corporate Park E Court, LaGrange, Georgia 30241 | $ - |
| 33 | Air Pros Solutions Holdings, LLC | Datacube | Datacube | 300 Rosewood Dr Ste 100 | | Danvers | MA | 01923 | | Software Contract | $ - |
| 34 | Air Pros, LLC | Debra Held | | Address on File | | | | | | Business Qualifier Agreement | $ - |
| 35 | Air Pros, LLC | DexImaging | DexImaging | 8200 NW 27th Street | | Doral | FL | 33122 | | Lease Agreement, effective April 2022 for HP Printers (x2) | $ - |
| 36 | Air Pros, LLC | DexImaging | DexImaging | 8200 NW 27th Street | | Doral | FL | 33122 | | Lease Agreement, effective August 2022 for HP Printers (x1) | $ - |
| 37 | Doug's Service Air Pros, LLC | Doug Tauzin Holdings, L.L.C (Building Landlord); Tauzin Group Holdings, LLC (Parking Lot Landlord) | Douglas Tauzin | 1459 Tiger Dr. | | Thibodaux | LA | 70301 | | Lease, dated February 23, 2022 for the premises located at 1457 & 1459 Tiger Drive, Thibodaux, LA 70301 | $ - |
| 38 | Air Pros One Source, LLC | Dustin Hood | | Address on File | | | | | | Business Qualifier Agreement | $ - |
| 39 | Air Pros, LLC | Eminent Investments, LLC | Eminent Investments, LLC | 1307 S International Pkwy. Suite 1091 | | Lake Mary | FL | 32746 | | Lease Agreement, dated May 22, 2020 for the premises located at 7355 SW 38th Street, Unit 104/105, Ocala, FL 34474 | $ - |
| 40 | Air Pros Solutions Holdings, LLC | Enterprise FM Trust | Mark J.Torre | 600 Corporate Park Drive | | St. Louis | MO | 63105 | | Master Equity Lease Agreement | $ 270,907 |
| 41 | CM Air Pros, LLC | Farland Holding, LLC | Farland Holding LLC C/O Umano Property Management | 4616 25th Ave NE | | Seattle | WA | 98105 | | Lease Agreement, dated November 19, 2021 for premises located at 5017 196th St. SW., Lynwood, WA 98036 | $ - |

| Line | DebtorName | Contract Counterparty | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Description of Contract | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42 | Air Pros One Source LLC | Ferguson Enterprises, LLC | Ferguson Enterprises, LLC | 10639 Crossroads Commerce Blvd | | Tampa | FL | 33619 | | Rebate Agreement | $ - |
| 43 | Dream Team Air Pros, LLC | First Citizens Bank | First Citizens Bank | 21146 Network Place | | Chicago | IL | 60673-1211 | | Lease Agreement, dated January 17, 2021 (Contract # 901-0045610-000) | $ 342 |
| 44 | Air Pros Solutions, LLC | Five9, Inc | Five9, Inc | 4000 Executive Parkway | Suite 400 | San Ramon | CA | 94583 | | Master Services Agreement, dated as of February 22, 2021 | $ - |
| 45 | Air Pros, LLC | Florida Panthers Hockey Club on its own behalf and as an agent for Arena Operating Company, Ltd. | Florida Panthers Hockey Club | 1 Panthers Parkway | | Sunrise | FL | 33323 | | Sponsorship and Advertising Agreement, dated as of September 8, 2023 | $ 139,417 |
| 46 | Air Pros, LLC | Gemaire Distributors, LLC | Gemaire Distributors, LLC | 1525 NW 3rd St | STE 21A | Deerfield Beach | FL | 33442 | | Dealer Growth Plan | $ - |
| 47 | Air Pros Solutions Holdings, LLC | Goodleap, LLC | Sean Stephens | 8781 Sierra College Blvd | | Roseville | CA | 95661 | | Financing Program Agreement, dated as of May 9, 2023 | $ - |
| 48 | Hansen Air Pros, LLC | Goodrow Inc d/b/a Orkin | Goodrow Inc d/b/a Orkin | 1764 W 165 Service Rd S | | Mobile | AL | 36693 | | Special Service Commercial Agreement | $ 294 |
| 49 | Air Pros Solutions, LLC | Graham & Graham, LTD | Graham & Graham, LTD | 1501 Foxfire Drive | | Apopka | FL | 32712 | | Lease Agreement, dated June 12th, 2021 for property located at 2513 Industrial Boulevard, Orlando, FL, 32804 | $ - |
| 50 | Air Pros Solutions, LLC | Green Plantation LLC (prime lessor) | James Bernstein | 9155 S. Dadeland Blvd., Suite 1812 | | Miami | FL | 33156 | | Sublease Agreement from MVC Technologies dated May 19th, 2023 for the premises located at 150 S Pine Island Road, Suite 200, Plantation, FL, 33324 | $ - |
| 51 | Air Pros Solutions Holdings, LLC | Hatch | Hatch | 1810 Mactavish Ave | | Richmond | VA | 23230 | | Software Contract | $ - |
| 52 | Air Pros, LLC | Helix Florida 1 Logistics Asset LLC | Helix Florida 1 Logistics Asset LLC c/o Mapletree US Management, LLC | 5 Bryant Park, Suite 2800 | | New York | NY | 10018 | | Lease Agreement, dated December 16th, 2021 for the premises located at 6490 Hazeltine National Drive, Orlando, Florida 32822 | $ - |
| 53 | Air Pros, LLC | Hiram Frank | | Address on File | | | | | | Employment Agreement | $ - |
| 54 | CM Air Pros, LLC | HLD Properties LLC | Jacob Davis | 10600 - 231st Way NE | | Redmond | WA | 98053 | | Commercial Lease, dated April 1, 2022 for the property located at 6202 Associated Blvd., Everett, WA 98203 | $ - |
| 55 | AFH Air Pros, LLC | Ignite Sports, LLC | Ignite Sports, LLC | 400 4th Street | | Columbus | GA | 31901 | | Columbus River Dragons Partnership Agreement | $ - |
| 56 | DALLAS PLUMBING AIR PROS, LLC | Imagenet Consulting | Imagenet Consulting | 913 N Broadway Ave | | Oklahoma City | OK | 73102 | | Lease Agreement (#450-0128264-000) | $ - |
| 57 | East Coast Mechanical, LLC | Imagenet Consulting | Imagenet Consulting | 913 N Broadway Ave | | Oklahoma City | OK | 73102 | | Lease Agreement (#450-0099512-000) | $ 642 |
| 58 | Air Pros, LLC | Imagenet Consulting, LLC | Imagenet Consulting, LLC | 14080 NW 82nd Avenue | | Miami Lakes | FL | 33016 | | Equipment Lease Agreement (#450-0137248-000) | $ - |
| 59 | Air Pros Solutions Holdings, LLC | IMG College, LLC | IMG College, LLC | 5400 Lyndon B. Johnson Freeway Suite 100 | | Dallas | TX | 75240 | | Marketing and Sponsorship Agreement | $ - |
| 60 | Air Pros Solutions, LLC | InCloud, LLC | InCloud, LLC | 2041 East Street | PMB 39 | Concord | CA | 94520 | | Contract Automation Order Form | $ - |
| 61 | Air Pros Solutions Holdings, LLC | Interplay | Interplay | 1717 W 6th St Ste 405 | | Austin | TX | 78703 | | Agreement, dated as of January 23, 2024 | $ 24,700 |
| 62 | Air Pros Solutions Holdings, LLC | Intuit | Intuit | 2700 Coast Avenue | | Mountain View | CA | 94043 | | Software Contract | $ - |
| 63 | Air Pros, LLC | Investments Limited | Investments Limited | 215 North Federal Highway, Suite 1 | | Boca Raton | FL | 33432 | | Month to Month Lease for the premises located at 155, 159 and 159B NW 11th Street, Boca Raton, FL, 33432 | $ - |
| 64 | Air Pros, LLC | James F. Breig | | Address on File | | | | | | Business Qualifier Agreement | $ - |
| 65 | Dallas Plumbing Air Pros, LLC | James G. Troxell Jr. | | Address on File | | | | | | Business Qualifier Agreement | $ - |
| 66 | CM Air Pros, LLC | James Garner | | Address on File | | | | | | Employment Agreement | $ - |
| 67 | Air Pros One Source, LLC | James Michael McNeill, Jr | | Address on File | | | | | | Business Qualifier Agreement | $ - |
| 68 | AFH Air Pros, LLC | JB Warranties | JB Warranties | 9369 Hilltop Rd | | Argyle | TX | 76226 | | Deal Service Agreement (and all warranties issued thereunder) | $ - |
| 69 | Air Pros, LLC | JB Warranties | JB Warranties | 9369 Hilltop Rd | | Argyle | TX | 76226 | | Deal Service Agreement (and all warranties issued thereunder) | $ - |
| 70 | CM Air Pros, LLC | JB Warranties | JB Warranties | 9369 Hilltop Rd | | Argyle | TX | 76226 | | Deal Service Agreement (and all warranties issued thereunder) | $ - |
| 71 | Dallas Plumbing Air Pros, LLC | JB Warranties | JB Warranties | 9369 Hilltop Rd | | Argyle | TX | 76226 | | Deal Service Agreement (and all warranties issued thereunder) | $ - |
| 72 | Doug's Service Air Pros, LLC | JB Warranties | JB Warranties | 9369 Hilltop Rd | | Argyle | TX | 76226 | | Deal Service Agreement (and all warranties issued thereunder) | $ - |
| 73 | Hansen Air Pros, LLC | JB Warranties | JB Warranties | 9369 Hilltop Rd | | Argyle | TX | 76226 | | Deal Service Agreement (and all warranties issued thereunder) | $ - |
| 74 | Doug's Service Air Pros, LLC | Jeff D. Tauzin | | Address on File | | | | | | Business Qualifier Agreement | $ - |
| 75 | Doug's Service Air Pros, LLC | Jeff D. Tauzin | | Address on File | | | | | | Employment Agreement | $ - |
| 76 | AFH Air Pros, LLC | Jefferey Purcella | | Address on File | | | | | | Business Qualifier Agreement | $ - |
| 77 | Air Pros One Source, LLC | Jefferey Purcella | | Address on File | | | | | | Business Qualifier Agreement | $ - |
| 78 | Dallas Plumbing Air Pros, LLC | Jefferey Purcella | | Address on File | | | | | | Business Qualifier Agreement | $ - |
| 79 | Doug's Service Air Pros, LLC | Jefferey Purcella | | Address on File | | | | | | Business Qualifier Agreement | $ - |
| 80 | Hansen Air Pros, LLC | Jefferey Purcella | | Address on File | | | | | | Business Qualifier Agreement | $ - |
| 81 | AFH Air Pros, LLC | Jimmy L. Nelson | | Address on File | | | | | | Business Qualifier Agreement | $ - |
| 82 | CM Air Pros, LLC | John Giacomi | | Address on File | | | | | | Employment Agreement | $ - |
| 83 | CM Air Pros, LLC | John Giacomi | | Address on File | | | | | | Qualifier Agreement | $ - |
| 84 | CM Air Pros, LLC | Joshua R. Larson | | Address on File | | | | | | Business Qualifier Agreement | $ - |
| 85 | CM Air Pros, LLC | Kailana Moniz | | Address on File | | | | | | Business Qualifier Agreement | $ - |
| 86 | AFH Air Pros, LLC | LaGrange Airforce Heating and Air, LLC | Robert Daniel Blalock & Anne Blalock | Address on File | | | | | | Lease Agreement dated July 11, 2022 for the premises located at 103 Corporate Park E Court, LaGrange, Georgia 30241 | $ - |
| 87 | Air Pros, LLC | Lake Shore Real Estate Development LLC | Lake Shore Real Estate Development LLC | 129 Via Qantera Palm | | Beach Gardens | FL | 33148 | | Commercial Lease Agreement, dated March 31, 2021, premises located at 6421 Pinecastle Blvd., Suite 2, Orlando, FL 32809 | $ - |
| 88 | Hansen Air Pros, LLC | Larry F Jones III | | Address on File | | | | | | Business Qualifier Agreement | $ - |
| 89 | AFH Air Pros, LLC | LEAF Capital Funding, LLC | LEAF Capital Funding, LLC | 1720A Crete Street | | Moberly | MO | 65270 | | Lease Agreement | $ - |
| 90 | CM Air Pros, LLC | Leasing Associates | Leasing Associates | 12600 N. Featherwood Dr. Suite 400 | | Houston | TX | 77034 | | Vehicle Lease Agreement | $ 6,614 |
| 91 | Hansen Air Pros, LLC | Licensure, LLC | | Address on File | | | | | | Business Qualifier Agreement | $ 141 |
| 92 | East Coast Mechanical, LLC | Louis E Irizarry | | Address on File | | | | | | Business Qualifier Agreement | $ - |

Contract Cure Schedule

| Line | DebtorName | Contract Counterparty | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Description of Contract | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 93 | CM Air Pros, LLC | Matt Jeffrey Kimmons | | Address on File | | | | | | Business Qualifier Agreement | $ - |
| 94 | Air Pros, LLC | Miami Dolphins | Miami Dolphins | 347 Don Shula Drive | | Miami Gardens | FL | 33056 | | Marketing Agreement | $ 292,847 |
| 95 | Air Pros Solutions Holdings, LLC | Momnt Technologies, Inc. | Momnt Technologies, Inc. | PO Box 28619 | | Sandy Springs | GA | 30328 | | Merchant Agreement | $ - |
| 96 | Air Pros Solutions, LLC | Natural Concepts Marketing Group Inc., d/b/a Ad Leverage | Ad Leverage | 1325 E. Thousand Oaks Blvd. | Suite 202 | Thousand Oaks | CA | 91362 | | Media Services Agreement | $ - |
| 97 | Air Pros Solutions Holdings, LLC | Okinus, Inc. (Breeze Lease Purchase) | Okinus, Inc. (Breeze Lease Purchase) | 147 West Railroad Street | P.O. Box 691 | Pelham | GA | 31779 | | Certified Contractor Lease Purchase Program Agreement | $ - |
| 98 | Air Pros Solutions Holdings, LLC | PACE Funding Group, LLC | PACE Funding Group, LLC | 750 University Ave | Ste 240 | Los Gatos | CA | 95032 | | Dealer Agreement, dated Feb. 12, 2025 | $ - |
| 99 | Air Pros, LLC | Paychex Business Solutions | Paychex Business Solutions | 970 Lake Carillon Dr | Suite 400 | St. Petersburg | FL | 33716 | | Client Services Agreement | $ - |
| 100 | AFH Air Pros, LLC | Porter Properties, LLC | Mike Carter | P.O. Box 28 | 472 North Dean Rd., Suite 200 | Auburn | AL | 36830 | | Commercial Lease dated August 4, 2023 for the premises located at 2985 Wyndham Industrial Drive, Opelika, Alabama 36804 | $ - |
| 101 | AFH Air Pros, LLC | Prime Warranty | Prime Warranty | 230 Rue de Martigny | Suite 7 | Saint-Jerome | Quebec | J7Y 2G3 | Canada | Deal Service Agreement (and all warranties issued thereunder) | $ - |
| 102 | Dallas Plumbing Air Pros, LLC | Progressive Waste Solutions of Texas, Inc. | Progressive Waste Solutions of Texas | 12150 Garland Road | | Dallas | TX | 75218 | | Service Agreement | $ - |
| 103 | Air Pros Solutions Holdings, LLC | Real Time Marketing (Unify 360) | Real Time Marketing (Unify 360) | 1520 Clay Street Suite G8 | | North Kansas City | MO | 64116 | | Advertising Contract | $ - |
| 104 | Air Pros, LLC | Resources Global Professionals | Resources Global Professionals | 15950 North Dallas Parkway | Suite 330 | Dallas | TX | 75248 | | Engagement Letter, dated August 2, 2024 | $ - |
| 105 | AFH Air Pros, LLC | Robert Daniel Blalock | | Address on File | | | | | | Business Qualifier Agreement | $ - |
| 106 | AFH Air Pros, LLC | Sandman Investment Group LLC | Sandman Investment Group LLC | 2223 Brookstone Centre Pkwy | | Columbus | GA | 31904 | | Lease Agreement dated December 31, 2021 for premises located at 5731 Miller Court, Suite D, Columbus, GA, 31909 | $ - |
| 107 | Hansen Air Pros, LLC | Scott Lannie | | Address on File | | | | | | Business Qualifier Agreement | $ - |
| 108 | Air Pros Solutions Holdings, LLC | Service Titan, Inc. | Service Titan, Inc. | 801 N. Brand Ave., Suite 700 | | Glendale | CA | 91203 | | Customer Success Agreement | $ - |
| 109 | Air Pros Solutions, LLC | Speciality Answering Services | HVAC Answering Service | 1006 West 9th Avenue | Suite 150 | King of Prussia | PA | 19406 | | Services Agreement | $ 7,334 |
| 110 | Dream Team Air Pros, LLC | Steven Evans | | Address on File | | | | | | Business Qualifier Agreement | $ - |
| 111 | East Coast Mechanical, LLC | Steven Weber | | Address on File | | | | | | Business Qualifier Agreement | $ - |
| 112 | CM Air Pros, LLC | Succurri LLC | Succurri LLC | PO Box 5588 | | Everett | WA | 98206 | | Master Service Agreement | $ - |
| 113 | Air Pros, LLC | Susan D. Frank | | Address on File | | | | | | Employment Agreement | $ - |
| 114 | Air Pros, LLC | Susan D. Frank | | Address on File | | | | | | Qualifier Agreement | $ - |
| 115 | Air Pros Solutions Holdings, LLC | Susan Frank | | Address on File | | | | | | Dealer Agreement, dated Feb. 12, 2025 | $ - |
| 116 | East Coast Mechanical, LLC | The Home Depot | Home Depot U.S.A. Inc, Attn: Services Operations - Compliance Manager | 2690 Cumberland Parkway | 3rd Floor | Atlanta | GA | 30339 | | Master Service Provider Agreement | $ - |
| 117 | Air Pros, LLC | The Ware Group d/b/a Johnstone Supply | The Ware Group d/b/a Johnstone Supply | 1147 Gateway Blvd | | Boynton Beach | FL | 33426 | | Rebate Agreement (Account #61996 and #48782) | $ - |
| 118 | Hansen Air Pros, LLC | Timothy W. Childs | | Address on File | | | | | | Business Qualifier Agreement | $ - |
| 119 | East Coast Mechanical, LLC | Todd P. Boyd | | Address on File | | | | | | Business Qualifier Agreement | $ - |
| 120 | CM Air Pros, LLC | Trunk - Seaway Business Park LLC | Marc Zegar | 28835 N. 111th Street | | Scottsdale | AZ | 85262 | | Lease Agreement, dated February 18th, 2022 for the premises located at 1500 Industry St 200 Everett, Washington 98203. | $ - |
| 121 | Air Pros Solutions Holdings, LLC | Unifirst | Unifirst | 68 Jonspin Road | | Wilmington | MA | 01887-1090 | | Corporate Textile Rental Service Agreement | $ 55,389 |
| 122 | Hansen Air Pros, LLC | Waste Away Group, Inc | Waste Away Group, Inc | 108 Hill Ave | | Fort Walton Beach | FL | 32548 | | Service Agreement, dated as of April 12, 2024 | $ 6,501 |
| 123 | CM Air Pros, LLC | Wells Fargo Financial, National Bank | Wells Fargo Financial, National Bank | 4455 West Spring Mountain Road | | Las Vegas | NV | 89102 | | Visa Dealer Agreement | $ - |
| 124 | Air Pros, LLC | Wells Fargo Vendor Financial Services, LLC | Wells Fargo Vendor Financial Services, LLC | 913 N Broadway Ave | | Oklahoma City | OK | 73102 | | Equipment Lease Agreement (#450-0137248-000) | $ - |
| 125 | East Coast Mechanical, LLC | Western Equipment Finance | Western Equipment Finance, Inc. | 503 Highway 2 West | | Devils Lake | ND | 58301 | | Master Equipment Financing Agreement | $ - |
| 126 | East Coast Mechanical, LLC | Western Equipment Finance, Inc. | Western Equipment Finance, Inc. | 503 Highway 2 West | | Devils Lake | ND | 58301 | | Master Equipment Financing Agreement | $ 3,620 |
| 127 | Air Pros Solutions Holdings, LLC | WEX Bank | WEX Bank | 22777 Springwoods Village Parkway | | Spring | TX | 77389 | | Exxonmobil Fleet Affinity Business Account Agreement | $ - |
| 128 | East Coast Mechanical, LLC | Zerimar 1500, LLC | Jose Ramirez | 19033 Jupiter River Rd. | | Jupiter | FL | 33458 | | Business Lease Agreement, dated December 1, 2022 for property located at 1500 and 1575 North High Ridge Road, Boynton Beach, FL | $ - |